ELECTRONICALLY FILED
Pulaski County Circuit Court
Terri Hollingsworth, Circuit/County Clerk
2024-Oct-25 16:06:20
60CV-24-9305
C06D11 : 18 Pages

# IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

WESLEY SNODGRASS,

Plaintiff,

v.

PROGRESSIVE CORPORATION,

Defendant.

Case No. _____

## COMPLAINT FOR BREACH OF CONTRACT, BAD FAITH, NEGLIGENCE, AND VIOLATIONS OF INSURANCE STATUTES

COMES NOW, Plaintiff Wesley Snodgrass, by and through his OWN counsel, PRO SE, to file a complaint against Progressive Corporation. Plaintiff seeks redress for Defendant's actions that demonstrate negligence, breach of contract, and bad faith in handling an insurance claim for Plaintiff's insured yacht. Plaintiff invokes Arkansas state statutes and established case law to support claims.

### I. PARTIES AND JURISDICTION

1. **Plaintiff Wesley Snodgrass** is a resident of Little Rock, Arkansas.

2. **Defendant Progressive Corporation** is a corporation based in Ohio, conducting business in Arkansas.

This Court has jurisdiction under ARK. CODE ANN. § 16-4-101 and ARK. CODE ANN. § 16-60-101 due to the Defendant's business presence in Arkansas and Plaintiff's residency therein.

### II. FACTS

3. **Insurance Policy and Coverage:** Plaintiff holds Progressive's Arkansas Boat and Personal Watercraft Policy, covering a 1994 Sea Ray 440 Sundancer yacht. The policy includes protection for bodily injury, property damage, and comprehensive and collision damage, with a $74,000 agreed value per incident, along with specific coverage for marine electronics, wreckage removal, and personal effects.



4. **Policy Requirements and Notification:** Plaintiff promptly filed a claim for yacht damage due to severe weather in January 2024, in full compliance with **Section X—Duties in Case of Accident or Loss** of the policy, which requires prompt notice, inspection availability, and cooperation.

5. **Repeated Delays and Negligence:** Despite Plaintiff's compliance, Progressive failed to send an adjuster, forcing Plaintiff to travel multiple times from Arkansas to Florida, accruing unnecessary expenses and emotional distress. Further, Progressive's delay led to worsened damage to the yacht due to subsequent severe weather, a situation avoidable had the insurer acted timely and in good faith.

---

### III. LEGAL VIOLATIONS AND BREACHES

#### A. Count I: Breach of Contract

6. Plaintiff incorporates paragraphs 1 through 5 as if fully stated herein.

7. **Contractual Violations:** Progressive violated Part IV—Damage to a Watercraft and Payment of Loss and Section X—Duties in Case of Accident or Loss, breaching the policy by not conducting timely inspections and failing to settle the claim promptly. This breach directly resulted in financial losses due to travel expenses, storage fees, and further yacht deterioration.

8. **Supporting Case Law:**

    - **First Nat'l Bank v. Marquette Nat'l Bank,** which underscores an insurer's obligation to fulfill contractual terms diligently, including timely inspection and claim settlement.

    - **Missouri Pacific R. Co. v. American Ry. Express Co.,** confirming that insurers must conduct due diligence to prevent avoidable property damage following a claim.

#### B. Count II: Bad Faith

9. Plaintiff incorporates paragraphs 1 through 8 as if fully stated herein.

10. **Statutory Violations and Malice:** Under Arkansas law (Aetna Cas. & Sur. Co. v. Broadway Arms Corp., 281 Ark. 128, 664 S.W.2d 463 (1984)), bad faith includes intentional malice, dishonest intent, or oppressive behavior in claims handling. Progressive's failure to communicate promptly, its repeated miscommunication, and neglect of escalating storage fees—despite Plaintiff's financial strain—constitutes bad faith under ARK. CODE ANN. § 23-66-206.

11. **Violations of Arkansas Code:**

    o **ARK. CODE ANN. § 23-66-206:** Mandates insurers to act in good faith and process claims without unreasonable delay. Progressive's repeated failure to respond and its negligent communication violate this provision.

12. **Supporting Case Law:**

    o **Union Life Ins. Co. v. Davis,** where the court held that insurers must promptly and fairly handle claims to avoid inflicting further financial harm on claimants.

    o **King v. Southern Farm Bureau Cas. Ins. Co.,** reinforcing the duty of insurers to act reasonably and promptly when processing claims, especially when failure to do so directly harms the claimant.

C. Count III: Negligence

13. Plaintiff incorporates paragraphs 1 through 12 as if fully stated herein.

14. **Negligence in Duty of Care:** Progressive had a duty of care to handle Plaintiff's claim with reasonable timeliness and accuracy, including ensuring clear communication, coordination of inspections, and timely settlements. Progressive's failure to inspect or even communicate effectively constitutes negligence.

15. **Duty of Care Violations:** By failing to inspect the yacht in a timely manner, Progressive directly contributed to further avoidable damage from severe weather. These actions exhibit a disregard for Plaintiff's property and welfare.

16. **Supporting Case Law:**

    o **Southern Farm Bureau Cas. Ins. Co. v. Hardin,** where an insurer's delay and failure to take timely action on a claim were deemed negligent.

- McMillan v. RLI Ins. Co., where the court emphasized that insurers owe a duty of care to the insured to prevent unnecessary property damage and financial loss.

## IV. DAMAGES AND REQUEST FOR RELIEF

Plaintiff requests compensatory damages for financial losses, including but not limited to travel and storage expenses, further yacht damage, and emotional distress. Additionally, Plaintiff seeks punitive damages under **ARK. CODE ANN. § 23-66-206**, which penalizes bad faith actions by insurers, as established in **Aetna Cas. & Sur. Co. v. Broadway Arms Corp.** and similar case precedents.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests this Court grant the following relief:

1. **Finding of Breach of Contract:** Confirm that Progressive breached its policy obligations by failing to conduct timely inspections and settle Plaintiff's claim.

2. **Award of Compensatory Damages:** Covering all documented expenses and repair costs.

3. **Award of Punitive Damages:** To penalize Progressive for bad faith practices under Arkansas law and deter similar conduct in the future.

4. **Attorney's Fees and Costs:** In recognition of the Plaintiff's necessary legal action to obtain relief.

5. **Any Other Relief** this Court deems just and proper to ensure fair redress.

Respectfully submitted,

Wesley Snodgrass, Pro Se
PO Box 24, 2904 Little Rock, AR 72023
Phone: 501-681-6699

**SI** **Stock Island Yacht Club &** Nov 11
To You ...

# STOCK ISLAND YACHT CLUB AND MARINA

Stock Island Yacht Club & Marina has received your payment.

Reservation **#GDJHQ7ZRW**

Payment Invoice **#4EGI919ZG**

**Amount Paid**

$2,838.00

**Amount Due**

$0.00

**Date Paid**

November 11, 2023

**Receipt**

| | |
|---|---|
| Dockage | $2,640.00 |
| Subtotal | $2,640.00 |
| Sales Tax | $198.00 |
| **Total** | **$2,838.00** |

9:11   .ıll 5G 100

<   ...  🗑  🗃

# Confirmation A0TTYV

 **United Airlines**   9:06 AM
To You   ...

   Mon, Nov 13, 2023

## Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# A0TTYV

---

**Flight 1 of 2 UA1910**   Class: United Economy (Q)

Mon, Nov 13, 2023   Mon, Nov 13, 2023
**02:00 PM**   **03:40 PM**
Fort Myers, FL, US (RSW)   Houston, TX, US (IAH)

**Flight 2 of 2 UA6252**   Class: United Economy (Q)

Mon, Nov 13, 2023   Mon, Nov 13, 2023
**06:05 PM**   **07:35 PM**
Houston, TX, US (IAH)   Little Rock, AR, US (LIT)

Flight Operated by MESA AIRLINES DBA UNITED EXPRESS.

**Traveler Details**

**SNODGRASS/WESLEYS**

eTicket number: **0162341796846**   Seats: **RSW-IAH 22B**
Frequent Flyer: **UA-XXXXX201 Member**   **IAH-LIT 09F**

9:06

◀ Search

5G 100 

# Purchase confirmation

# Confirmation: A0TTYV

Your purchase is complete and a receipt will be sent to: WSnodgrass09@gmail.com

**Mon, Nov 13**  **2:00pm**  1 stop  **7:35pm**
RSW ------- 6h 35m -------- LIT

**IAH-LIT:** Operated By Mesa Airlines dba United Express

United Economy (Q) / Snacks for Purchase

Emissions per seat type: 204 kg $CO_2$

## Mr. Wesley S Snodgrass

Phone                                  **+1 (501) 681-6699**

MileagePlus                            **PH210201**

< Back                                    ⋮ Menu

## Days Inn by Wyndham Fort Myers

**1 night · 2 adults · 1 room**
Expedia itinerary: 726939788857644

View property details

## Reservation details

| Check-in | Check-out |
|---|---|
| Sun, Nov 12 | Mon, Nov 13 |
| 3:00 PM | 11 AM |

Check-in and special instructions

View pricing details and receipt

Contact property

Change or cancel booking

## Location



Home    Search    Trips    Notifications    Account



# CONFIRMATION
## BOOKING 1303164
Password: LNLM

## ITINERARY

| | | |
|---|---|---|
| Date: | SUN, NOVEMBER 12, 2023 | |
| Depart: | Key West | 06:00 PM |
| Arrive: | Fort Myers Beach | |
| Passengers | 1 Adult | |

### EXTRAS
Fees    1 Convenience Fee

## PASSENGER DETAILS
WESLEY SNODGRASS - Adult

## COST DETAILS

**Key West - Fort Myers Beach**
1 Adult                                    130.00 USD
*Prices include port, security and fuel fees*

**Extras**
1 Convenience Fee                            6.00 USD
**TOTAL COST**                             136.00 USD

## PAYMENT DETAILS

| | | |
|---|---|---|
| Paydate | 11.11.2023 | 136.00 USD |
| Name on card | WESLEY SNODGRASS | |
| Type of card | MasterCard | |
| Last 4 digits of card | 7423 | |

Remaining Due:                               0.00 USD

## TRAVEL NOTES

- After 8PM the evening before travel, please call 239-463-9733, for a recorded message confirming departure.
- Boarding starts 60 minutes prior to departure (subject to change). Passengers are required to be aboard no later than 30 minutes prior to departure.
- Government issued photo identification is required for passengers 18 years of age and older. Passengers under the age of 18 must be accompanied by an adult.
- Refundable/Full fare tickets. Any portion of travel cancelled for any reason whatsoever will be converted from a roundtrip to a one-way fare and the balance refunded after applicable fees are applied. Any expenses incurred, including but not limited to, transportation and lodging, will be the sole responsibility of passengers.
- Non-refundable/Discounted fare tickets. The unused monetary value of the ticket is valid for a period of two years from the original date of travel, after applicable fees are applied. Group and third-party tickets. Refer to specific contract.
- Voucher/Gift Certificate payments are non-refundable. Vouchers are valid for ROUNDTRIP travel only. Vouchers not used as intended will forfeit any remaining value. Gift Certificates assume terms & conditions of non-refundable fare. Once applied as payment for travel.
- Passengers will incur the following fees per ticket for any no-show, cancelled or transferred reservation & each ticket rescheduled, transferred, lost or reprinted regardless of ticket type. $25.00 fee per person more than 2 calendar days prior to travel; $40.00 fee per person within 2 calendar days of travel; $50.00 per person on same day of travel.
- Luggage is limited to two carry-ons per person, not to exceed 22"x14"x9". Oversized pieces up to 27"x21"x14" will incur a fee. Items exceeding size restrictions are prohibited. All items are subject to search at the sole discretion of Key West Express. Key West Express reserves the right to dispose of any items left unattended at terminal or aboard a vessel.
- Coolers, alcohol, illicit drugs, weapons or anything contained in glass are strictly prohibited.
- Pets must remain in a passenger provided carrier for the duration of travel. Strollers are prohibited.
- Open air parking is available at Fort Myers Beach & Marco Island locations at your own risk. We recommend having cash for any onboard purchases.

**Important Information**

Complete travel details, policies & contract of carriage are available at keywestexpress.net. At its sole discretion and without liability thereto; Key West Express reserves the right to cancel or modify trips or substitute vessels without prior notice for any reason whatsoever and deny passage to any person(s) with or without a paid ticket for any reason whatsoever.

Thank you for choosing to travel with Key West Express.

---



# BOARDING PASS

| | |
|---|---|
| Booking: | 1303164 |
| Name | WESLEY SNODGRASS<br>Adult |
| Date: | SUN, NOVEMBER 12, 2023 |
| Depart: | ███████████████████ |
| Arrive: | Fort Myers Beach |

**Check-in begins 60 minutes prior to departure**
Passengers not aboard the vessel 30 minutes prior to departure may be denied travel. Government issued photo identification must accompany boarding pass to access vessel.



6:04    5G+ 25

booking.keywestexpress.net 

View printer-friendly version

# Confirmation

**A DETAILED CONFIRMATION** will be e-mailed to the address you entered once processing is complete.
**IF YOU DON'T SEE IT IN YOUR INBOX WITHIN 5 MINUTES**, please check your spam or junk mail folder and then move the email to your InBox.

## Booking code: 1303164

### Password: LNLM

*This password is valid only to log in to this booking. Registered users can log in using their own password and review all their current bookings*

## Key West - Fort Myers Beach

**The Key West Express**

Departs:     11/12/2023 18:00 PM

**Passengers:**
| | |
|---|---|
| 1 Adult (13 to 61) | USD 113.50 |

**Miscellaneous Items**
| | |
|---|---|
| 1 Security and Fuel Fee | USD 14.00 |
| 1 Port Fee | USD 2.50 |

**Total for journey:**    **USD 130.00**

**Extras:**
| | |
|---|---|
| 1 Convenience Fee | USD 6.00 |

**Total price: USD 136.00**
**Balance: USD 0.00**

Thank you for booking with us!

9:55            :!!: 5GE 5G

< Back                           ⋮ Menu

# Key West to Little Rock

**11:45am**
Departs Tue, Oct 31

Key West, FL, United States (EYW-Key West Intl.)

Terminal A, Gate 4
1h 5m duration

Silver Airways 93

Economy / Coach (M)
**Layover: 50m**

**12:50pm**
Arrives Tue, Oct 31

Fort Lauderdale, FL, United States (FLL-Fort Lauderdale - Hollywood Intl.)

**1:40pm**
Departs Tue, Oct 31

Fort Lauderdale, FL, United States (FLL-Fort Lauderdale - Hollywood Intl.)

Terminal 1, Gate C2
2h 53m duration

United 306

Seat 25D

Economy / Coach (U)
**Layover: 2h 32m**

**3:33pm**
Arrives Tue, Oct 31

Houston, TX, United States (IAH-George Bush Intercontinental)

Terminal E, Gate 17

**6:05pm**
Departs Tue, Oct 31

Houston, TX, United States (IAH-George

**7:35pm**
Arrives Tue, Oct 31

Little Rock, AR, United States (LIT-Clinton

 Home    Search    Trips    Notifications    Account



# You're confirmed!

**Flight to Little Rock**

Itinerary #72686952010049

Depart EYW                                          Arrive LIT

**Tue, Oct 31**     →     **Tue, Oct 31**

11:45 AM                                                 7:35 PM

Silver Airways (and 1 other carrier) · 1 traveler · 2 stops

📋 View pricing and rewards

**View itinerary**

lucky you



# EYW ▸ LIT *1 Stop*

TUE, OCT 31, 2023

FIRST

SEAT MAP                                    VIEW SEATS

**PERFORMANCE DATA**

ON TIME                                           61%

+30 MINUTES                                       32%

+60 MINUTES                                       N/A

CANCELLATIONS                                     N/A

**TOTAL PRICE (ALL FLIGHTS)**

PRICE                                      $1,751 USD

LEARN MORE ABOUT TAXES/FEES ›

**SELECT THIS FLIGHT**

Done    ID Card (2).pdf

## INSURANCE IDENTIFICATION CARD - Arkansas

**Policy Number:** 973602417    **NAIC Number:** 16322
**Effective Date:** 09/16/2023    **Expiration Date:** 09/16/2024
**Insurer:** Progressive Direct Insurance Co 1-800-776-4737
         PO Box 31260 Tampa, FL 33631
**Named Insured(s):**
Wesley Snodgrass
522 CHENAL WOODS DR
Little Rock, AR 72223

| Year | Make | Model | VIN |
|---|---|---|---|
| 1994 | Sea Ray | 440 Sundancer | SERP2087G394 |

# Wesley Snodgrass

Silver Membership

Form A023 AR (03/11)

**IF YOU'RE IN AN ACCIDENT**
1. Remain at the scene. Don't admit fault.
2. Find a safe location, call the police, and exchange driver information.
3. Call Progressive right away.





**Norm**

I will contact him shortly.

It appears we have been playing. Phone tag. I tried him again just now and didn't get an answer. I will try him again in a little bit

> No problem— the Claim Handler, Kristina was just following up w me and letting me know and we verified numbers so I volunteered to reach out to you while I was on phone w her

10:48

 

Norm >

Ok perfect. Are they giving you a hard time?

> Nah not at all, they are actually being very efficient and have been more on top of things more than most I have dealt with in 20yrs!!!

That's great news.

> Has the cleaning crew been by yet?

Monday 11:53 AM

Happy Monday.
I have tried the insurance guy multiple times. And now it appears he will be out of the office until the 28th.
Did they provide you with a different agent that will handle your claim while he is away?

**KEY WEST MARINE**
818 CAROLINE ST
KEY WEST, FL 33040

## DEBIT SALE

Store: 4616
REF#: 00000008
Batch #: 028      RRN: 331500105047
11/11/23                    10:51:06
Trans ID: 583315570663287
Appr Code: 765270      Network: 8
Trace: 105047              Settle: 1112
DEBIT                              Chip
************7423

**AMOUNT           $505.78**

APPROVED

US Debit
AID: A0000000042203
TVR: 80 00 04 80 00
TSI: 68 00

CUSTOMER COPY

---

...04197
1

Price
349.99

$38.95

$3.75

$14.95

$4.95

$25.95

$22.95

$2.50

5    $1.25

N TAPE 3/4X260
6515274 PIPE SEAL TAPE PTFE    $5.25
1          $5.25    $5.25
QUICK CONN. MALE