FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 26 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WESLEY SNODGRASS                                PLAINTIFF

V.                          CASE NO. 4:24CV1133-BSM

PROGRESSIVE CORPORATION                          DEFENDANT

### RESPONSE TO MOTION FOR DEFAULT JUDGMENT

Comes the Defendant, Progressive Corporation (Progressive), by and through its attorneys, WDTC Law, P.A., and for its Response to Plaintiff's Motion for Default Judgment, herein states:

1. Plaintiff filed this lawsuit against Progressive in the Circuit Court of Pulaski County, Arkansas on October 25, 2024.

2. A summons was issued by the Pulaski County Circuit Clerk that same day identifying the Defendant as:

> PROGRESSIVE COPRPORATION
> 6300 WILSON MILLS RD
> MAYFIELD VILLAGE, OH 44143

This summons does not meet the requirements for a valid summons under Rule 4 of the Arkansas Rules of Civil Procedure.

3. Plaintiff filed an Amended Complaint on October 28, 2024.

4. Plaintiff filed a Motion for Default Judgment on December 19, 2024.

5. Progressive has this date removed the case to this Court.

6. Progressive is not the proper party. It has filed a Motion to Dismiss and supporting brief in this Court this date. That motion and brief are incorporated herein pursuant to Rule 10(c).

7. Progressive has not been served with summons and complaint in compliance with Rule 4 of the Arkansas Rules of Civil Procedure.

8. Plaintiff's Motion for Default Judgment is not supported by law. It should be denied.

9. A brief in support of this response is filed this date.

WHEREFORE, Defendant requests the Motion for Default Judgment be denied.

> WDTC LAW, P.A.
> 2120 RIVERFRONT DRIVE, SUITE 275
> LITTLE ROCK, AR 72202-1436
> (501) 372-1406
> (501) 372-1209 FAX
> staci.carson@wdtc.law
>
> By: *Staci Dumas Carson*
> STACI DUMAS CARSON (2003158)