IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WESLEY SNODGRASS                                                PLAINTIFF

V.                       CASE NO. 4:24CV1133-BSM

PROGRESSIVE CORPORATION                            DEFENDANT

## MOTION TO DISMISS

Comes the Defendant, Progressive Corporation (Progressive), by and through its attorneys, WDTC Law, P.A., and for its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), herein states:

1. Plaintiff Wesley Snodgrass (Snodgrass) brings this action against Progressive claiming breach of contract, negligence, and bad faith stemming from a claim he made concerning his yacht.

2. Snodgrass alleges Progressive failed to fulfill its obligations under the policy, specifically with respect to conducting prompt inspections, coordinating appraisals, and resolving the claim timely.

3. Attached hereto as Exhibit "A" is a copy of the Declaration's page for Plaintiff's boat and personal watercraft policy. Importantly, the policy was issued by Progressive Direct Insurance Company, not Progressive, as Plaintiff alleges.

4. Progressive is not a proper party to this action.

5. Plaintiff has failed to state a claim upon which relief can be granted

against Progressive.

6. Plaintiff's Complaint and Amended Complaint against Progressive should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

7. A brief in support of this motion is filed contemporaneously herewith.

8. In filing this motion, Progressive does not waive and specifically reserves, all defenses, exceptions, rights, and motions, and in particular, all defenses available to it under Fed. R. Civ. P. 12(b). No statement herein and/or omission herefrom shall be deemed constituted an admission by Progressive of any of the allegations or damages sought in the Complaint and Amended Complaint.

WHEREFORE, the Defendant, Progressive Corporation, prays the Court grant its Motion to Dismiss, enter an order dismissing Plaintiff's Complaint and Amended Complaint against it, and for all other just and proper relief to which it may show itself entitled.

                         WDTC LAW, P.A.
                         2120 RIVERFRONT DRIVE, SUITE 275
                         LITTLE ROCK, AR 72202-1436
                         (501) 372-1406
                         (501) 372-1209 FAX
                         staci.carson@wdtc.law

By: *Staci Dumas Carson*
      STACI DUMAS CARSON (2003158)

PROGRESSIVE
P.O. BOX 31260
TAMPA, FL 33631



Policy number: 973602417
NAIC: 16322
Underwritten by:
Progressive Direct Insurance Co
September 18, 2023
Policy Period: Sep 16, 2023 - Sep 16, 2024
Page 1 of 2

WESLEY SNODGRASS



progressive.com
**Online Service**
Make payments, check billing activity, update policy information or check status of a claim.

**1-800-PROGRESSIVE  (1-800-776-4737)**
For customer service and claims service,
24 hours a day, 7 days a week.

# Boat Insurance Coverage Summary
## This is your Declarations Page

Your coverage began on September 16, 2023 at the later of 12:01 a.m. or the effective time shown on your application. This policy period ends on September 16, 2024 at 12:01 a.m.

Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for a watercraft may not be combined with the limits for the same coverage on another watercraft. The policy contract is form 2749 AR (04/22). The contract is modified by form A314 (09/21).

## Drivers and household residents

**Wesley Snodgrass**
Additional information: Named insured

## Outline of coverage

**1994 Sea Ray 440 Sundancer**
Total Horsepower: 700
Hull ID #: SERP2087G394
Propulsion type: Inboard          Number of motors: 2

| | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | |
| Bodily Injury and Property Damage Liability | $300,000 combined single limit each accident | | |
| Fuel and Oil Spill Coverage | $1,076,000 per occurrence | | |
| Uninsured Boater | $300,000 combined single limit each accident | | |
| Medical Payments | $2,500 each person | | |
| Comprehensive | Agreed Value $74,000 | | |
| Collision | Agreed Value $74,000 | | |
| Included with Comprehensive and Collision: | | | |
|   Disappearing Deductible | | | |
|   Wreckage Removal | | | |
|   Marine Electronics | | | |
| Sign & Glide® | | | |
| Coastal Navigation | 75 Nautical Miles | | |
| Replacement Cost Personal Effects | $1,000 | | |
| **Total 12 month policy premium** | | | |

Form 6489 AR (04/22)


EXHIBIT A (Continued)

Policy number: 973602417
Wesley Snodgrass
Page 2   of 2

## Premium discounts

Policy

973602417 — Automatic Card Payments (ACP), Home Owner and Prompt Payment

Driver

Wesley Snodgrass — Responsible Driver

## Important information regarding Coastal Navigation restrictions

A coastal navigation limit applies to this policy. Unless you pay a premium for Coastal Navigation Limit coverage, you are not covered for losses that occur more than 75 nautical miles from the coast of the United States or Canada or for losses that occur in any territory or territorial waters of any country other than the United States or Canada.

## Important information on the watercraft value

The watercraft dollar amount that is listed on the declarations page is the amount that you indicated and includes the watercraft, motor(s), trailer (if you selected coverage for your trailer), permanently attached equipment, marine electronics and portable boating equipment.

## Important Address/Telephone Information

Policyholders have the right to file a complaint with the Arkansas Insurance Department (AID). You may call AID to request a complaint form at 1-(800) 852-5494 or 1-(501) 371-2640 or write the Department at:

Arkansas Insurance Department
Consumer Services Division
1 Commerce Way Suite 102
Little Rock, AR 72202

## Customer Service office information

You may contact Customer Service at 1-800-776-4737 or by mail at P.O. Box 31260, Tampa, FL 33631.

## Company officers

*[signature]*

Secretary

Form 6489 AR (04/22)