IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 26 2024
TAMMY H. DOWNS, CLERK
By: _____
         DEP CLERK

WESLEY SNODGRASS                                                                        PLAINTIFF

V.                                 CASE NO. 4:24CV1133-BSM

PROGRESSIVE CORPORATION                                                     DEFENDANT

## CORPORATE DISCLOSURE STATEMENT

Defendant, Progressive Corporation (Progressive), provides the following corporate disclosure statement:

Progressive is a publicly traded holding company. There is no publicly held corporation or affiliate that owns 10 percent or more of the stock of Progressive.

                                                WDTC LAW, P.A.
                                                2120 RIVERFRONT DRIVE, SUITE 275
                                                LITTLE ROCK, AR 72202-1436
                                                (501) 372-1406
                                                (501) 372-1209 FAX

                                        By: _Staci Dumas Carson_
                                                STACI DUMAS CARSON (2003158)