IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WESLEY SNODGRASS                                                           PLAINTIFF

V.                                  CASE NO. 4:24cv1133-BSM

PROGRESSIVE CORPORATION                                DEFENDANT

## DIVERSITY DISCLOSURE STATEMENT

Defendant Progressive Corporation (Progressive) provides the following diversity disclosure statement:

Progressive is incorporated in the State of Ohio, and its principal place of business is similarly situated in the State of Ohio. Therefore, Progressive is a citizen of the State of Ohio for purposes of diversity jurisdiction.

                                       WDTC LAW, P.A.
                                       2120 RIVERFRONT DRIVE, SUITE 275
                                       LITTLE ROCK, AR 72202-1436
                                       (501) 372-1406
                                       (501) 372-1209 FAX

      By: _____
               STACI DUMAS CARSON (2003158)