IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

## CASE NO.: 4:24-CV-1133-BSM

**WESLEY SNODGRASS, Plaintiff**

**v.**

**PROGRESSIVE CORPORATION, Defendant**

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 14 2025

TAMMY H. DOWNS, CLERK

By: _____
DEP CLERK

# PLAINTIFF'S RESPONSE IN SUPPORT OF VALIDITY OF SERVICE AND REQUEST TO AFFIRM DEFAULT JUDGMENT

**COMES NOW the Plaintiff, Wesley Snodgrass, by and through counsel, and hereby submits this response to Defendant Progressive Corporation's claims of improper service. Plaintiff asserts that service was properly effectuated, argues that the default judgment should stand, and requests that Defendant's Notice of Removal be remanded to state court. In support, Plaintiff states as follows:**

## I. SERVICE AT 6300 WILSON MILLS ROAD IS PROPER

1. **Principal Place of Business Designated by Progressive Corporation:**
   a. Progressive Corporation has explicitly identified **6300 Wilson Mills Road, Mayfield Village, OH 44143** as its **principal place of business** in multiple public filings and legal documents, including but not limited to:
      i. The Arkansas Secretary of State Filing (Document: Arkansas SOS Progressive Svc.pdf), where this address is listed as the principal office of Progressive Vehicle Service Company.
      ii. Ohio Secretary of State filings confirming this location as Progressive's corporate headquarters.

       iii. GlobalData and Dun & Bradstreet profiles of Progressive Corporation, both of which establish 6300 Wilson Mills Road as the operational hub of the corporation.

       iv. MapQuest geolocation and directory verification affirming that this address is publicly recognized as Progressive's headquarters.

**2. Purpose of Service Achieved:**

    a. Service at a corporation's **principal place of business** is consistent with legal standards to ensure actual notice of legal proceedings. Progressive's filing of a Notice of Removal confirms it received such notice.

**3. Applicable Legal Standards and Case Law:**

    a. The Federal Rules of Civil Procedure, Rule 4(h)(1)(B), explicitly allow service on a corporation by delivering the summons and complaint to an officer, managing agent, or general agent, or by leaving it at the principal office of the corporation.

    b. Courts have upheld service at a principal office as valid and sufficient, provided the defendant has actual notice:

       i. *National Equip. Rental, Ltd. v. Szukhent*, 375 U.S. 311, 315-316 (1964): Service upon a principal place of business or designated agent fulfills due process requirements.

       ii. *Direct Mail Specialists v. Eclat Computerized Techs.*, 840 F.2d 685, 688-89 (9th Cir. 1988): Courts have held that service is valid when delivered to an address reasonably calculated to reach the defendant and where actual notice is achieved.

**4. Defendant's Actual Knowledge:**

    a. Progressive Corporation's own actions, including filing a Notice of Removal, demonstrate actual knowledge of the lawsuit, fulfilling the purpose of service under Rule 4. This includes:

       i. Confirmation of filings and updates from the Pulaski County Circuit Court system.

       ii. Acknowledgment through verbal communications and email correspondence from Plaintiff's legal counsel and court records.

## 1. II. PROGRESSIVE'S STRATEGIC USE OF PROPERTY NETWORK TO CREATE CONFUSION

**2. Intentional Use of Vast Property Holdings:**

    a. Progressive Corporation's vast network of properties and registered agents across the United States is being used to create procedural confusion and delay.

    b. Despite having a centralized and well-documented corporate headquarters, Progressive is attempting to mischaracterize valid service at its principal place of business as improper.

**3. Failure to Provide a Specific Alternative Address for Service:**

    a. Defendant has failed to offer a clear alternative location where service should have been made, further evidencing its attempt to complicate proceedings.

    b. Instead, Defendant relies on the existence of C T Corporation System as a registered agent, ignoring the sufficiency of service at its principal business location.

**4. Public and Legal Records Affirm Location Validity:**

    a. Progressive's designation of 6300 Wilson Mills Road as its operational headquarters is consistent across all filings and public records:

        i. **Arkansas SOS filings**, where the principal address and business location are identified.

        ii. **Dun & Bradstreet profile**, where this address is listed as the central hub of Progressive's operations.

**5. Insurance filings and compliance reports**, which repeatedly confirm this location as central to Progressive's business activities. **Verification from SEC Filing:**

    a. According to Progressive Corporation's Form 8-K filing, dated September 25, 2024, the company explicitly stated that **6300 Wilson Mills Road, Mayfield Village, OH 44143** was its principal executive office.

    b. This document, titled *Form 8-K Current Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934*, confirms that service was made at a valid and publicly disclosed corporate address at the time of service. The relevant confirmation can be found on **Page 1** of the filing.

**6. Contradictory Behavior by Defendant:**

    a. If 6300 Wilson Mills Road were not the correct address for service, Defendant must explain how it received the summons and Complaint and why it took no steps to disclose a proper alternative.

    ***b. Defendant's reliance on removal filings demonstrates that it used this address as the basis for its timely response, undermining any claims of improper service.***

## III. DEFAULT JUDGMENT SHOULD STAND

**9. Defendant's Failure to Timely Respond:**

    a. Defendant did not respond to the Plaintiff's Complaint within the time frame prescribed under applicable rules of procedure, warranting the entry of default judgment.

**10. Prejudice to Plaintiff if Judgment is Vacated:**

- Allowing Defendant to vacate the default judgment by asserting improper service would unfairly prejudice Plaintiff, who properly followed service rules and provided clear notice of the action.

**11. Judicial Estoppel:**

- Defendant's removal to federal court constitutes an acknowledgment of the case and waives any claim of improper service. Defendant cannot now argue invalid service after affirmatively participating in this litigation.

## IV. REMOVAL IS AN ATTEMPT TO EVADE DEFAULT JUDGMENT

**12. Improper Use of Federal Jurisdiction:**

    a. Defendant's removal is a tactical maneuver designed to evade the default judgment rather than a legitimate invocation of federal jurisdiction.

**13. Request for Remand:**

    a. Plaintiff respectfully requests that this Court remand the case to the Pulaski County Circuit Court for further enforcement of the default judgment.

## V. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court:

1. Affirm the validity of service at 6300 Wilson Mills Road, Mayfield Village, OH 44143;
2. Reinstate the default judgment entered by the Pulaski County Circuit Court;
3. Remand this case to state court for further proceedings; and
4. Grant any other relief deemed just and proper.

**Respectfully Submitted,**

**/s/ Wesley Snodgrass**

**Pro Se**

**PO Box 242904**

**Little Rock, AR 72223**

**501-681-6699**

**wesley.snodgrass@outlook.com**

**Pro Se**



# The Progressive Corporation

#62 Fortune 1000 Revenue Rank



# Overview

**Doing Business As:** Progressive Insurance

**Company Description:** The Progressive Corporation, an insurance holding company, has insurance and non-insurance subsidiaries and affiliates. Its insurance subsidiaries provide personal and commercial auto insurance, personal residential property insurance, business general liability and commercial property insurance predominantly for small businesses, workers' compensation insurance primarily for the transportation industry, and other specialty property-casualty insurance and related services. Its non-insurance subsidiaries generally support its insurance and investment operations. Progressive operates throughout US.

**Ranking:** # 62 Fortune 1000 Revenue Rank

**Key Principal:** Susan Patricia Griffith

**Industry:** Insurance Carriers , Insurance Carriers and Related Activities , Finance and Insurance , Automobile insurance , Property damage insurance

Fire, marine, and casualty insurance: stock Credit and other financial responsibility insurance

**See other industries within the  Finance and Insurance sector:** Activities Related to Credit Intermediation , Agencies, Brokerages, and Other Insurance Related Activities , Depository Credit Intermediation , Insurance and Employee Benefit Funds , Monetary Authorities-Central Bank , Nondepository Credit Intermediation , Other Financial Investment Activities , Other Investment Pools and Funds

**Popular Search:**

🏢 Insurance Carriers    🏢 Insurance Carriers and Related Activities    🏢 Finance and Insurance



**Address:** 6300 Wilson Mills Rd Mayfield Village, OH, 44143-2182 United States

**Phone:** 🔒

**Website:** www.progressive.com

**Employees (this site):** 🔒  ⓘ Actual

**Employees (all sites):** 🔒  ⓘ Actual

**Revenue:** $49.61 billion  ⓘ Actual  | **Sales Growth:** 25.2% **Net Income Growth:** 440.87%  | **Assets:** $88,690 **Fiscal Year End:** DEC

**Year Started:** A   | **Incorporated:** 🔒

**Stock Exchange:** NYSE:PGR

**ESG ranking:** 🔒  ⓘ

**ESG industry average:** 🔒  ⓘ

What is D&B's ESG Ranking?

Is this your business? Contact us to understand how D&B calculated your company's specific ESG Ranking, provide new or updated information to ensure your company's ESG Ranking remains accurate and up to date, or dispute your current ranking.

Unlock full sales materials and reports

# Contacts

Get in Touch with 7 Principals* and 14,353 Contacts

| Susan Patricia Griffith | Contact 2 | Contact 3 | Contact 4 |
|---|---|---|---|
| President and Chief Executive Officer | 🔒 | 🔒 | 🔒 |



D&B Hoovers

Dynamic search and list-building capabilities

Real-time trigger alerts

Comprehensive company profiles

Valuable research and technology reports

Get a D&B Hoovers Free Trial

# Financial Statements

Dun & Bradstreet collects private company financials for more than 23 million companies worldwide. Find out more.

🔒 Get a D&B credit report on this company  ›

Financial data as of December 31, 2022 (12 month period) in USD

**ANNUAL REVENUE 2023**

# $49.61 billion USD ⓘ Actual

ncome Statement    Cash Flow    Assets    Liabilities    Shareholders Equity

All financial statement data is in millions except per share data | Source: Morningstar









- 2023 Revenue: $62,082.3   ⓘ Actual

- Income Before Tax: $4,903.7

- Net Income: $3,902.4

- Diluted EPS: $6.58

**Cash Flow (MIL)**

| | 2023 | 2022 | 2021 |
|---|---|---|---|
| Net Operating Cash | $10,643 | $6,849 | $7,762 |
| Net Investing Cash | -$10,843 | -$7,956 | -$3,120 |
| Net Financing Cash | $78 | $1,126 | |

**Stakeholder's Equity (MIL)**

| | |
|---|---|
| **2023** | |
| **2022** | |
| **2021** | |
| | $15,891 |
| | $18,232 |

| Shares Outstanding | |
|---|---|
| | 585,300,000 |
| | 584,900,000 |
| | 584,400,000 |

# Top Competitors

See More Companies in the Insurance Carriers Industry  >

🔒 Unlock detailed competitor profiles

⭐ **No1**

Competitor Name: 🔒

Employees: 🔒

⭐ **No2**

Competitor Name: 🔒

Employees: 🔒

⭐ **No3**

Competitor Name: 🔒

Employees: 🔒

# Similar Companies Nearby

🔒 **Unlock more company and contact details with your D&B Hoovers Free Trial**

Find and prioritize your best prospects, boost your sales productivity, and win more deals with D&B Hoovers.

Get a D&B Hoovers Free Trial

# Corporate Family

**Unlock more company and contact details with your D&B Hoovers Free Trial**

Find and prioritize your best prospects, boost your sales productivity, and win more deals with D&B Hoovers.

Get a D&B Hoovers Free Trial

If The Progressive Corporation is your company and you would like to remove it from the D&B Business Directory, please contact us.

**STATE OF OHIO**
DEPARTMENT OF STATE

**TED W. BROWN**
SECRETARY OF STATE

E0269-1750    RECEIPT NO.    23861

DATE    5/02/77

337395
NUMBER

E269-1750    048

RECEIVED OF
OR FILED BY    PROGRESSIVE COMPANIES

THE SUM OF $____1.00 FOR FILING AGA _____ OF

THE PROGRESSIVE CORPORATION

AGA $____1.00

RETURNED TO:    23861
PROGRESSIVE COMPANIES
6300 WILSON MILLS RD.
P.O. BOX 5070
CLEVELAND, OH 44101

TOTAL FEE $____1.00

NAME:
THE PROGRESSIVE CORPORATION





E0269-1751

**TED W. BROWN**
Secretary of State

# Certificate

337395

**It is Hereby Certified** that the Secretary of State of Ohio has custody of the Records of Incorporation and Miscellaneous Filings; that said records show the filing and recording of: ___AGA_____ OF

THE PROGRESSIVE CORPORATION



**United States of America**
**STATE OF OHIO**
**Office of the Secretary of State**

Recorded on Roll __E269__ at Frame __1752__ of the Records of Incorporation and Miscellaneous Filings.

Witness my hand and the seal of the Secretary of State, at the City of Columbus, Ohio, this __28TH__ day of __APRIL__ , A. D. 19__77__

*Ted W Brown*

TED W. BROWN
Secretary of State

# Change of Address of Statutory Agent
## of Domestic Corporation

E0269-1752

537395

AGENTS ADDRESS
MUST BE ZIP CODED
APPROVED

KNOW ALL MEN BY THESE PRESENTS, That the address of_____

BW

Peter B. Lewis                                                                         Date  4-28-77

Account_____  1.00

heretofore appointed as statutory agent to accept service of process, tax notices and

demands against_____ The Progressive Corporation _____,
                                              (Name of Corporation)

has been changed from_____ 3600 Euclid Avenue _____
                                                    (Street Address)

in _____ Cleveland _____ Cuyahoga _____ County to
              (City or Village)

_____ 6300 Wilson Mills Road _____ in _____ Mayfield Village _____
                  (Street Address)                                    (City or Village)

_____ Cuyahoga _____County, 44143

which new address is in the county in which the principal office of_____

_____ The Progressive Corporation _____
                                      (Name of Corporation)

is located.

_____ The Progressive Corporation _____
                                      (Name of Corporation)

By_____ *Betty J. Powers* _____
                              (He President, Vice-President or Secretary)

Betty Powers, Assistant Secretary

## Company Type

**Company Type:** Property and Casualty Insurer

**Status:** Active

**Effective Date:** 01/28/1969

**Issue Date:** 01/28/1969

**Articles of Incorporation Received:** No

**Business Activities of Members:**

**Status Reason:**

**SBS Legacy Number:** 336396

**Approval Date:** 01/28/1969

**Article No:**

**Status Date:** 01/28/1969

**Expiration Date:**

**File Date:**

**COA Number:** 1286

## Appointments

Show 10 ∨ entries

Showing 2491 to 2491 of 2491 entries

Filter

| Licensee Name | License Number | NPN | License Type | Line of Authority | Appointment Date | Effective Date | Expiration Da |
|---|---|---|---|---|---|---|---|
| TYESHA HOOKS | 18026736 | 18026736 | Insurance Producer | | 12/03/2019 | 06/13/2024 | 06/30/2025 |

First   Previous   248   249   25

## Line Of Business

| Line of Business | Citation Type | Effective Date |
|---|---|---|
| Casualty Excluding Workers Comp | Casualty Excluding Workers Comp 23-62-105 | 08/19/2009 |
| Marine | Marine 23-62-107 | 01/28/1969 |
| Property | Property 23-62-104 | 01/28/1969 |
| Surety | Surety 23-62-106 | 01/28/1969 |

## Contact

| Contact Type | Preferred Name | Name | E-mail | Phone | Address |
|---|---|---|---|---|---|
| Service of Process | | C T Corporation System | | | Other 320 S Izard Street Little Rock, AR United States County 72201 |
| Complaints | | Randa Chartier | Email: complaintfile@progressive.com | Business Primary Phone: (440) 566-2106 Fax Phone: (888) 569-8942 | Other 6300 Wilson Mills Road, Box E61A Mayfield Village, OH United States County |

or service of process contact the Secretary of State's office.

LC Member information is now confidential per Act 865 of 2007

or access to our corporations bulk data download service click here.

orporation Name
ROGRESSIVE CASUALTY INSURANCE COMPANY

ictitious Names
-

iling #
00001607

iling Type
nsurance Company

iled Under Act
nsurance Company; Insurance Co

tatus
iood Standing

rincipal Address
300 WILSON MILLS ROAD, W33 CLEVELAND, OH 44143

g. Agent
-

.gent Address
AR

ate Filed
1/01/1987

'fficers
EE FILE, Incorporator/Organizer

oreign Name
I/A

oreign Address
-

tate of Origin

urchase a Certificate of Good Standing for this Entity
ay Franchise Tax for this corporation

or service of process contact the <u>Secretary of State's office.</u>

LC Member information is now confidential per Act 865 of 2007

or access to our corporations bulk data download service <u>click here.</u>

orporation Name
ROGRESSIVE CASUALTY INSURANCE COMPANY

ictitious Names
-

iling #
00001607

iling Type
isurance Company

iled Under Act
isurance Company; Insurance Co

tatus
ood Standing

rincipal Address
300 WILSON MILLS ROAD, W33 CLEVELAND, OH 44143

eg. Agent
-

gent Address
AR

ate Filed
1/01/1987

fficers
EE FILE, Incorporator/Organizer

oreign Name
/A

oreign Address
-

ate of Origin

urchase a Certificate of Good Standing for this Entity
ay Franchise Tax for this corporation

urchase a Certificate of Good Standing for this Entity
ay Franchise Tax for this corporation

or service of process contact the Secretary of State's office.

LC Member information is now confidential per Act 865 of 2007

or access to our corporations bulk data download service click here.



Corporation Name
PROGRESSIVE VEHICLE SERVICE COMPANY

Fictitious Names
–

Filing #
00077652

Filing Type
Foreign For Profit Corporation

Filed Under Act
or Bus Corp; 958 of 1987

Status
Good Standing

Principal Address
–

Reg. Agent
C T CORPORATION SYSTEM

Agent Address
20 S. IZARD STREET LITTLE ROCK, AR 72201

Date Filed
2/09/2006

Officers
LORI A NIEDERST, Vice-President
EE FILE, Incorporator/Organizer
PETER J ALBERT, Secretary
OHN J MURPHY, President
AMES L. KUSMER, Treasurer

Foreign Name
–

oreign Address
300 WILSON MILLS ROAD MAYFIELD VILLAGE, 44143

tate of Origin
)H

urchase a Certificate of Good Standing for this Entity
ay Franchise Tax for this corporation



Bookmarks RCP Outlook YouTube Maps vAuto Automotive Imported From Fir Imported My DealerTrack Capital One Temp Tag Book

**MapQuest**

Search MapQuest

Hotels Food Shopping Coffee Grocery Gas

# Progressive Insurance

Open until 5:00 PM

yelp 848 reviews

+1 (855) 347-3939 Website More

Directions

Advertisement

**Photos** View gallery

6300 Wilson Mills Rd
Cleveland, OH 44143

Open until 5:00 PM

+1 (855) 347-3939

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com*®.**

Cleveland, OH 44143

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0027 |
| $ | | 70 |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)          $_____
- ☐ Return Receipt (electronic)        $_____
- ☐ Certified Mail Restricted Delivery $_____
- ☐ Adult Signature Required           $_____
- ☐ Adult Signature Restricted Delivery $_____

Postage    $10.45
$

Total Postage and Fees
$19.40
$

GMF WILLOW STATION LITTLE ROCK
OCT 28 2024
72231-USPS    10/28/2024

Sent To
Progressive Corp
Street and Apt. No., or PO Box No.
6300 Wilson Mills Rd
City, State, ZIP+4®
Mayfield Village OH 44143

**PS Form 3800, January 2023** FSN 7530-02-000-9047    **See Reverse for Instructions**

54
7187 7217 1217 5270 0710 9589

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701217718754

Copy       Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item has been delivered and is available at a PO Box at 3:04 pm on November 2, 2024 in CLEVELAND, OH 44143.

───────────────────────────────────────────────

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, PO Box**
CLEVELAND, OH 44143
November 2, 2024, 3:04 pm

● **Redelivery Scheduled for Next Business Day**
CLEVELAND, OH 44143
November 2, 2024, 11:37 am

● **Arrived at Post Office**
CLEVELAND, OH 44143
November 2, 2024, 8:30 am

● **Available for Pickup**
CLEVELAND, OH 44143
November 2, 2024, 6:10 am

● **In Transit to Next Facility**
November 1, 2024

● **Arrived at USPS Regional Origin Facility**

LITTLE ROCK AR PACKAGE SORTING CENTER
October 29, 2024, 2:08 am

- **Departed Post Office**
  LITTLE ROCK, AR 72231
  October 28, 2024, 6:47 pm

- **USPS in possession of item**
  LITTLE ROCK, AR 72231
  October 28, 2024, 4:51 pm

- **Hide Tracking History**

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

No. 60CV-24-9305 This summons is for PROGRESSIVE COPRPORATION (name of Defendant).

## PROOF OF SERVICE

❏ On _____ [date] I personally delivered the summons and complaint to the defendant at _____ [place]; or

❏ After making my purpose to deliver the summons and complaint clear, on _____ [date] I left the summons and complaint in the close proximity of the defendant by _____ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her: or

❏ On _____ [date] I left the summons and complaint with _____, a member of the defendant's family at least 18 years of age, at _____ [address], a place where the defendant resides: or

❏ On _____ [date] I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant]; or

❏ On _____ [date] at _____ [address]. where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with _____ [name and job description]; or

❏ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

❏ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

❏ Other [specify]:

_____

❏ I was unable to execute service because:

_____

_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____        By: _____
[Signature of server]

_____
[Printed name]

Address: _____
_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

**Wesley Snodgrass**                                        **Wednesday, December 18, 2024 at 13:30:12 Central Standard Time**

**Subject:** Re: Clarification and Response to Settlement Discussions – Case #23-3942849
**Date:**     Wednesday, December 18, 2024 at 1:17:52 PM Central Standard Time
**From:**     Wesley Snodgrass <wesley.snodgrass@outlook.com>
**To:**       Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Priority:** High

No Mr. Compton,
You have every reason to contact me as it is your entire job and duty to me as a policy holder and client.
However thank you for reaffirming Progressives position on this.
I will be requesting a trial date.
Respectfully,
Wesley Snodgrass

**From:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Date:** Wednesday, December 18, 2024 at 1:08 PM
**To:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Subject:** RE: Clarification and Response to Settlement Discussions – Case #23-3942849

Mr. Snodgrass,
I do not currently have a reason to contact you unless you want to discuss a compromised resolution.
Please advise and we can schedule something tomorrow.

Respectfully

Brad Compton
Progressive Casualty Insurance
National Special Lines Complexity Team
300 N Commons BLVD NSC G23
Mayfield Village, OH 44143-9938
Phone: 440-566-7637
Fax: 877-213-7258
bcompto1@progressive.com
Hours of Availability: Monday through Friday 8:00am to 5:00pm EST

**From:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Sent:** Wednesday, December 18, 2024 2:05 PM
**To:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Subject:** [EXTERNAL] Re: Clarification and Response to Settlement Discussions – Case #23-3942849

I await your phone call.

Get Outlook for iOS

**From:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Sent:** Wednesday, December 18, 2024 7:16:25 AM
**To:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Subject:** RE: Clarification and Response to Settlement Discussions – Case #23-3942849

Mr. Snodgrass,
I acknowledge receipt of your email and your text. I am your point of contact as it relates to this claim and Progressive. Please proceed as you see necessary as it relates to your Pro Se documentation. If you would like to attempt to resolve this litigation matter in a compromise prior to proceeding to the next steps of litigation I am available to do so.

Respectfully

Brad Compton
Progressive Casualty Insurance
National Special Lines Complexity Team
300 N Commons BLVD NSC G23
Mayfield Village, OH 44143-9938
Phone: 440-566-7637
Fax: 877-213-7258
bcompto1@progressive.com
Hours of Availability: Monday through Friday 8:00am to 5:00pm EST

**From:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Sent:** Tuesday, December 17, 2024 10:22 PM
**To:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Subject:** [EXTERNAL] Re: Clarification and Response to Settlement Discussions – Case #23-3942849
**Importance:** High

## Subject: Request for Escalation to Legal Team – Case #23-3942849

## Dear Mr. Compton,

## It has become evident that there is no intention to adhere to the principles or policies outlined in the policy contract issued by Progressive Corporation. The policy

**explicitly defines Progressive's obligations, and the current handling of this matter falls short of those standards.**

**As a result, I am formally requesting that this matter be handled exclusively through Progressive's legal team moving forward. Communication between you and me has proven ineffective in reaching a resolution. The term you keep reiterating COMPROMISE is not in your company's policy jacket.**

**Please confirm the transfer of this matter to your legal team immediately.**

**Respectfully,**
**Wesley Snodgrass**
**501-681-6699**
**Wesley.Snodgrass@outlook.com**

Get Outlook for iOS

---

**From:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Sent:** Wednesday, December 11, 2024 7:13:43 AM
**To:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Subject:** RE: Clarification and Response to Settlement Discussions – Case #23-3942849

Mr. Snodgrass,
I acknowledge receipt of your email.  When you are willing to engage a compromised resolution to your pending litigation I would be happy to continue the conversation.

Respectfully

Brad Compton
Progressive Casualty Insurance
National Special Lines Complexity Team
300 N Commons BLVD NSC G23
Mayfield Village, OH 44143-9938

Phone: 440-566-7637
Fax: 877-213-7258
bcompto1@progressive.com
Hours of Availability: Monday through Friday 8:00am to 5:00pm EST


**From:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Sent:** Wednesday, December 11, 2024 1:00 AM
**To:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>; Bradley B Compton
<BRADLEY_B_COMPTON@progressive.com>
**Subject:** [EXTERNAL] Clarification and Response to Settlement Discussions – Case #23-3942849


# Dear Mr. Compton,

**Thank you for your response. While I appreciate your acknowledgment and willingness to engage, I must respectfully, following your lead, readdress some points regarding the nature of our discussions and the obligations outlined in my policy.**

**First, let me reiterate that I am not requesting anything beyond what is explicitly stated in the policy issued by Progressive. My policy is a binding contract that clearly outlines your company's responsibilities upon my payment of premiums. There is no mention of negotiation or compromise for any part of the coverages I have paid for and that Progressive made promises based on that premium. It's in the very language of the policy multiple times.**

**To ensure we're aligned, I will reference some of the specific, but not the only applicable ones, policy provisions for clarity:**

**1.**

**Property Damage Coverage:**

- 

**Page 15, Section IV of the policy states:** *"If you pay the premium for this coverage, we will pay for sudden, direct, and accidental loss to a covered watercraft resulting from collision."*

- 

**Page 17 further specifies under "Agreed Value Coverage" that:** *"The limit of liability for a covered watercraft for which Agreed Value Coverage was purchased is… the agreed value for the covered watercraft."*

**Nowhere does it state that these payouts are subject to negotiation, compromise, or discretion. The language is unequivocal: Progressive will pay for the agreed value or repair/replacement costs based on the terms of the policy.**

**2.**

## Sign & Glide Coverage:

- 

Page 26 defines the coverage as providing towing or assistance from Progressive's authorized service representatives. In the language it specifically states  the words "o u r" meaning belonging to Profressive...

- 

Page 27, Section 2B specifies that towing will be provided *"to the nearest accessible dock or port where the watercraft can be repaired or removed from the water."* This provision was directly applicable in my case and should have been handled in accordance with these terms. Because progressive representative themselves made the arrangements not I and it was the closest accessible place that they found not me.

## 3.

## Duties in Case of Loss (Page 42):

- 

The policy outlines my responsibilities in case of a loss and states: *"We will pay reasonable*

*expenses incurred in providing that protection."* I adhered to these duties in full, And paid out of my pocket ensuring the vessel's safety, securement and availability for inspection despite significant costs and inconvenience on my part. I did not seen it from Progressive, until a year later.

Given these clear provisions, I must respectfully disagree with your framing of these discussions as a negotiation. The policy is a contract, and its terms are not subject to reinterpretation or compromise unless explicitly stated. My expectation is simply that Progressive honors its obligations as written.

If you are unable to meet the terms I've outlined— or at least come close to them for tolerable adjusting —while adhering to the policy framework, please provide a detailed explanation of why Progressive cannot fulfill its contractual obligations. Or just admit failure and move the file to legal. I recognize there may be acceptable variations within the framework of the policy, but nothing that deviates significantly from its terms or my stated request.

If you as a representative of Progressive are prepared to engage in a finalizing settlement that

**aligns with the policy's clear language and intent, I am more than willing to continue these conversations. However, my expectation remains that any resolution reflects the policy's provisions and my good-faith adherence to its requirements.**

**I look forward and expect to receive your response and truly hope we can work toward a resolution that fulfills the terms of the policy and reflects the efforts I have made throughout this process.**

**Sincerely,**
**Wesley Snodgrass**


Get Outlook for iOS

---

**From:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Sent:** Monday, December 9, 2024 1:14 PM
**To:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Subject:** RE: 23-3942849

Mr. Snodgrass,
I acknowledge receipt of your email. All conversations have been for a compromised resolution. My title is Claims Specialist SR and I am not an attorney. If you have a compromise resolution counter that is reasonable in nature I would be happy to discuss it with you and if we are able to reach resolution I will formalize in writing.

Respectfully

Brad Compton
Progressive Casualty Insurance
National Special Lines Complexity Team
300 N Commons BLVD NSC G23
Mayfield Village, OH 44143-9938
Phone: 440-566-7637
Fax: 877-213-7258
bcompto1@progressive.com

Hours of Availability: Monday through Friday 8:00am to 5:00pm EST

**From:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Sent:** Monday, December 09, 2024 1:56 PM
**To:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Subject:** [EXTERNAL] Re: 23-3942849

Dear Mr. Compton,
Thank you for your responses. I want to ensure I am aligned and clear about YOU and the nature of this discussion and the process moving forward.
In our initial conversation and subsequent discussions, you explicitly indicated that if we could not reach an agreement, the matter would be handed over to litigation with reference that you were prepared to just hand it to your attorney. In fact, it was your opening first line of the phone call. You also mentioned in other occurrences, that you needed to consult with legal or check with the Legal Department before providing certain information on questions I had asked. Now, you've stated that you are handling this as litigation. These shifts in your role, especially today, is confusing and seems inconsistent with our earlier conversations. Could you please clarify your position and authority within Progressive? Are you representing the Claims Department, the Legal Department, or acting in another capacity?
You've also stated that you do not negotiate via email or provide written proposals. While I understand your preferences, it is challenging to document and track our verbal discussions, particularly given the shifting in regards to   legal context of this case. For clarity and transparency, I request:
1. **A Written Proposal:** Regardless of your stated limitations, providing a formalized offer in writing ensures there are no misunderstandings. Written documentation is especially important as this matter involves multiple layers of policy coverage and significant potential liabilities.
2. **Confirmation of Your Role and Authority:** If you are acting as Progressive's legal representative, does this mean you have the authority to finalize and approve resolutions? Or are you facilitating discussions while deferring final decisions to another party? This clarity will help me direct communications more effectively.
3. **Policy-Based Resolution:** My proposals are based on the explicit terms and separations outlined in the policy regarding property value, liability, and other provisions. Your earlier response suggested a lack of compromise on my part, but I am open to revisiting and refining my proposals—provided Progressive offers a clear basis for any counteroffer or adjustments.

Given the conflicting information and lack of written records, I believe we need a more structured approach to resolve this matter efficiently and equitably. I remain committed to good-faith discussions but request your written acknowledgment of Progressive's terms, even as a draft, to ensure mutual understanding.
Looking forward to your response and next steps.
Best regards,
Wesley Snodgrass
501-681-6699
wesley.snodgrass@outlook.com

**From:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Date:** Monday, December 9, 2024 at 12:35 PM
**To:** Wesley Snodgrass <wesley.snodgrass@outlook.com>

**Subject:** RE: 23-3942849

Mr. Snodgrass,
This is not claims handling, this is litigation handling.  Once a compromised resolution has been reached I will formalize it in writing.


Brad Compton
Progressive Casualty Insurance
National Special Lines Complexity Team
300 N Commons BLVD NSC G23
Mayfield Village, OH 44143-9938
Phone: 440-566-7637
Fax: 877-213-7258
bcompto1@progressive.com
Hours of Availability: Monday through Friday 8:00am to 5:00pm EST


**From:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Sent:** Monday, December 09, 2024 1:33 PM
**To:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Subject:** [EXTERNAL] Re: 23-3942849

You don't draft a formal offer to any claims? Everything is verbal?


**From:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Date:** Monday, December 9, 2024 at 12:32 PM
**To:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Subject:** RE: 23-3942849

Mr. Snodgrass,
No I will not email or put it in a letter.  I do not negotiate via email.

Respectfully

Brad Compton
Progressive Casualty Insurance
National Special Lines Complexity Team
300 N Commons BLVD NSC G23
Mayfield Village, OH 44143-9938
Phone: 440-566-7637
Fax: 877-213-7258
bcompto1@progressive.com
Hours of Availability: Monday through Friday 8:00am to 5:00pm EST

**From:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Sent:** Monday, December 09, 2024 1:30 PM
**To:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Subject:** [EXTERNAL] Re: 23-3942849
**Importance:** High

I don't see the settlement you proposed in my portal. Will you email this to me please? Or if you could simply attach the formal letter to this email and send it would be easier.


Wesley Snodgrass
501-681-6699


**From:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Date:** Monday, December 9, 2024 at 7:07 AM
**To:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Subject:** 23-3942849

Mr. Snodgrass,
I acknowledge receipt of your email.  All the information that I have presented has been to come to a compromised resolution before the next steps in litigation. I must decline your offer which has no compromise.


Respectfully

Brad Compton
Progressive Casualty Insurance
National Special Lines Complexity Team
300 N Commons BLVD NSC G23
Mayfield Village, OH 44143-9938
Phone: 440-566-7637
Fax: 877-213-7258
bcompto1@progressive.com
Hours of Availability: Monday through Friday 8:00am to 5:00pm EST


**From:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Sent:** Friday, December 06, 2024 7:03 PM
**To:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>; Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Subject:** [EXTERNAL] Settlement Counter
**Importance:** High

Thank you for presenting your proposal. While the offer is extremely off structurally it is at least in vicinity as to value of crafts agreed value per policy Declaration of coverages - Yet remains inadequate as proposed. I DO appreciate it as a step forward in acknowledging the desire to finally settle this claim. You have done in just a few weeks what the Florida Team refused to in any capacity in 12 months......Therefor, after taking a step back, I am going to attempt reengaging as a Insured Client of Progressive, not as Plaintiff fighting for one..

Below, I have roughed out my response and proposed resolution:

1. **Segregation of Coverages:**
    The policy specifically outlines separate coverages for insureds property damage, liability on behalf of the insured, and additional expenses. Each coverage has distinct purposes and payout structures and their own separate "Accounts Payable" so to speak, and applicable ones in my scenario should be addressed individually,  as  with the policy's terms. The value of the insured property (vessel) must be handled independently of any liability or marina-related concerns.

Per the policy, the insured property payout should reflect the necessary amount to bring the vessel to market or agreed-upon value or, in the event of a total loss, the agreed value less the deductible and salvage value if I elect to retain the craft. These provisions are non-negotiable and fundamental to the policy's framework.

2. **Travel and Additional Expenses:**
    Over the course of this claim, I have incurred substantial costs related to flights, hotels, ground transportation, and the time required to make myself and the vessel available for Progressive's inspections. While most of these expenses were directly tied to my obligations under the policy, one trip was an additional effort I undertook at significant financial means. This demonstrates my good faith in facilitating the claims process, even beyond my required duties.

However, Progressive's failure to fulfill commitments, such as the missed inspection meeting in Key West, has resulted in further financial burdens that should rightfully be reimbursed. These costs are estimated at $9,000 and include travel interruptions, vessel securement, and other directly related expenses.

3. **Marina Liability:**
    While the marina fees are a personal contractual obligation, Progressive's delays and handling have perpetuated this issue. If Progressive fails to adequately address the insured property's value, it may expose itself to liability in potential litigation with the marina. Alternatively, as proposed, I am willing to release Progressive from further liability related to this matter, provided the settlement terms are restructured accordingly and payment expedited as time is of the essence, thanks to your Floridian colleagues' inactions exacerbating costs and transgressing Progressives Fiduciary Responsibilities to me, their client and insured.

4. **Proposed Resolution:**
    To resolve this matter efficiently, I propose the following terms:
    - **Property Coverage:** A payout of $60,000 (using your valuation), adjusted for the deductible and salvage value if I elect to retain ownership.
    - **Expense Reimbursement:** $9,000 for documented travel interruptions, securement, and related costs caused by the prior Progressive's Florida office unfulfilled commitments to duties.
    - **Liability Release:** If the offer is restructured to allow me to retain the craft while addressing the above points, there is no liability facing Progressive. I am willing to sign a release letter indemnifying Progressive from any further claims or liabilities, including and

more pointedly any potential issues with the marina.

This approach adheres to the policy's structure, addresses all outstanding coverages, and mitigates further looming legal exposure for both parties. I believe this proposal will facilitate an more  Business Sense resolution and look forward to your response.

Thank you for your time and consideration.

Best regards,

Wesley Snodgrass



PROGRESSIVE
P.O. BOX 31260
TAMPA, FL 33631

NAIC Company Code: 16322

**Policy Number:  973602417**

Underwritten by:
Progressive Direct Insurance Co

Policyholder:
Wesley Snodgrass

Page 1  of  1
November 28, 2023

**Customer Service**
**1-800-776-4737**
24 hours a day, 7 days a week

# Verification of Insurance for

### Wesley Snodgrass

This verification of insurance is not an insurance policy and does not amend, extend or alter the coverage afforded by the policies listed herein.  Notwithstanding any requirement, term or condition of any contract or other document with respect to which this verification of insurance may be issued or may pertain, the insurance afforded by the policies described herein is subject to all the terms, exclusions and conditions of the policies.

Please accept this letter as verification of insurance for this policy.

## Policy and driver information

| | |
|---|---|
| Policy number: | 973602417 |
| Policy state: | Arkansas |
| Policy period: | Sep 16, 2023 - Sep 16, 2024 |
| There was no lapse in coverage during this policy period. | |
| Effective date: | Sep 16, 2023 |
| Drivers: Wesley Snodgrass | |
| Address: | PO Box 242904 |
| | Little Rock, AR 72223 |

## Watercraft information

| | |
|---|---|
| Watercraft: | 1994 Sea Ray 440 Sundancer |
| Hull identification number: | SERP2087G394 |
| Rating base: | $74,000 |

## Coverage information

| | | |
|---|---|---|
| Liability To Others | | |
| Bodily Injury and Property Damage Liability | $300,000 combined single limit each accident | |
| Comprehensive | Agreed Value $74,000 | Deductible: $500 |
| Collision | Agreed Value $74,000 | Deductible: $500 |

Form VOI (08/13)

or service of process contact the Secretary of State's office.

LC Member information is now confidential per Act 865 of 2007

or access to our corporations bulk data download service click here.

Corporation Name
PROGRESSIVE VEHICLE SERVICE COMPANY

ictitious Names
-

iling #
00077652

iling Type
oreign For Profit Corporation

iled Under Act
or Bus Corp; 958 of 1987

tatus
iood Standing

rincipal Address
-

:eg. Agent
T CORPORATION SYSTEM

gent Address
20 S. IZARD STREET LITTLE ROCK, AR 72201

)ate Filed
2/09/2006

)fficers
.ORI A NIEDERST, Vice-President
EE FILE, Incorporator/Organizer
ETER J ALBERT, Secretary
OHN J MURPHY, President
AMES L. KUSMER, Treasurer

oreign Name
-

oreign Address
300 WILSON MILLS ROAD MAYFIELD VILLAGE, 44143

tate of Origin
)H

urchase a Certificate of Good Standing for this Entity
ay Franchise Tax for this corporation

or service of process contact the Secretary of State's office.

LC Member information is now confidential per Act 865 of 2007

or access to our corporations bulk data download service click here.

orporation Name
ROGRESSIVE VEHICLE SERVICE COMPANY

ictitious Names
–

iling #
00077652

iling Type
oreign For Profit Corporation

iled Under Act
or Bus Corp; 958 of 1987

tatus
iood Standing

rincipal Address
–

.eg. Agent
T CORPORATION SYSTEM

.gent Address
20 S. IZARD STREET LITTLE ROCK, AR 72201

)ate Filed
2/09/2006

)fficers
.ORI A NIEDERST, Vice-President
.EE FILE, Incorporator/Organizer
.ETER J ALBERT, Secretary
.OHN J MURPHY, President
.AMES L. KUSMER, Treasurer

oreign Name
–

oreign Address
300 WILSON MILLS ROAD MAYFIELD VILLAGE, 44143

tate of Origin
)H

urchase a Certificate of Good Standing for this Entity
ay Franchise Tax for this corporation

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 8-K

# CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported) September 13, 2024

# THE PROGRESSIVE CORPORATION
#### (Exact name of registrant as specified in its charter)

| Ohio | 001-09518 | 34-0963169 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |
| 6300 Wilson Mills Road,    Mayfield Village,    Ohio | | 44143 |
| (Address of principal executive offices) | | (Zip Code) |

Registrant's telephone number, including area code (440) 461-5000

Not Applicable

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $1.00 Par Value | PGR | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company        ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01 Regulation FD Disclosure.**

On September 13, 2024, The Progressive Corporation (the "Company") issued a news release containing financial results for the Company and its consolidated subsidiaries for the month and year-to-date periods ended August 31, 2024. A copy of the news release is attached hereto as Exhibit 99.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

See exhibit index on page 3.

- 1 -

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:    September 13, 2024

THE PROGRESSIVE CORPORATION

By:      /s/ Mariann Wojtkun Marshall
Name:    Mariann Wojtkun Marshall
Title:    Vice President and Chief Accounting Officer

- 2 -

<u>EXHIBIT INDEX</u>

| Exhibit No. Under Reg. S-K Item 601 | Form 8-K Exhibit No. | Description |
|---|---|---|
| 99 | 99 | <u>News release dated September 13, 2024, containing financial results of The Progressive Corporation and its consolidated subsidiaries for the month and year-to-date periods ended August 31, 2024.</u> |
| 104 | 104 | Cover Page Interactive Data File (the cover page tags are embedded within the Inline XBRL document). |

- 3 -

**THE PROGRESSIVE CORPORATION AND SUBSIDIARIES**
**COMPUTATION OF NET INCOME AND COMPREHENSIVE INCOME PER SHARE**
**&**
**INVESTMENT RESULTS**
**For the month and year-to-date periods ended August 31,**
(millions – except per share amounts)
(unaudited)

The following table sets forth the computation of per share results:

| | August 2024 | | Year-to-Date 2024 | |
|---|---|---|---|---|
| Net income | $ | 935.3 | $ | 5,538.9 |
| Less: Preferred share dividends and other[1] | | 0 | | 17.0 |
| Net income available to common shareholders | $ | 935.3 | $ | 5,521.9 |
| Per common share: | | | | |
|   Basic | $ | 1.60 | $ | 9.43 |
|   Diluted | $ | 1.59 | $ | 9.40 |
| | | | | |
| Comprehensive income (loss) | $ | 1,364.1 | $ | 6,625.0 |
| Less: Preferred share dividends and other[1] | | 0 | | 17.0 |
| Comprehensive income (loss) attributable to common shareholders | $ | 1,364.1 | $ | 6,608.0 |
| Per common share: | | | | |
|   Diluted | $ | 2.32 | $ | 11.24 |
| | | | | |
| Average common shares outstanding - Basic | | 585.7 | | 585.5 |
| Net effect of dilutive stock-based compensation | | 1.9 | | 2.2 |
|   Total average equivalent common shares - Diluted | | 587.6 | | 587.7 |

[1] Includes the underwriting discounts and commissions on issuance, initial issuance costs, and excise tax related to the preferred share redemption in February 2024.

The following table sets forth the investment results for the period:

| | August 2024 | Year-to-Date | |
|---|---|---|---|
| | | 2024 | 2023 |
| Fully taxable equivalent (FTE) total return: | | | |
|   Fixed-income securities | 1.1% | 4.1% | 2.2% |
|   Common stocks | 2.3% | 18.0% | 18.9% |
|     Total portfolio | 1.2% | 4.6% | 2.9% |
| | | | |
| Pretax annualized investment income book yield | 4.0% | 3.8% | 3.1% |

**THE PROGRESSIVE CORPORATION AND SUBSIDIARIES**
**SUPPLEMENTAL INFORMATION**
**For the year-to-date period ended August 31, 2024**
($ in millions)
(unaudited)

| | Year-to-Date | | | | | |
| | Personal Lines Business | | | Commercial Lines Business | Property Business | Companywide Total |
| | Agency | Direct | Total | | | |
|---|---|---|---|---|---|---|
| Net Premiums Written | $ 17,845.0 | $ 21,979.2 | $ 39,824.2 | $ 7,820.9 | $ 2,103.8 | $ 49,749.4 |
| Net Premiums Earned | $ 16,425.3 | $ 19,981.0 | $ 36,406.3 | $ 7,021.6 | $ 1,963.7 | $ 45,392.1 |
| **GAAP Ratios** | | | | | | |
| Loss/LAE ratio | 66.9 | 69.3 | 68.2 | 70.9 | 82.3 | 69.3 |
| Expense ratio | 18.3 | 19.0 | 18.7 | 19.3 | 28.9 | 19.2 |
| Combined ratio | 85.2 | 88.3 | 86.9 | 90.2 | 111.2 | 88.5 |
| Net catastrophe loss ratio[1] | | | 3.0 | 0.8 | 32.6 | 3.9 |
| **Actuarial Adjustments**[2] | | | | | | |
| Reserve Decrease/(Increase) | | | | | | |
|   Prior accident years | | | | | | $ (213.9) |
|   Current accident year | | | | | | 244.7 |
|   Calendar year actuarial adjustment | $ 5.1 | $ (26.1) | $ (21.0) | $ (159.1) | $ 210.9 | $ 30.8 |
| **Prior Accident Years Development** | | | | | | |
| Favorable/(Unfavorable) | | | | | | |
|   Actuarial adjustment | | | | | | $ (213.9) |
|   All other development | | | | | | 379.4 |
|   Total development | | | | | | $ 165.5 |
| Calendar year loss/LAE ratio | | | | | | 69.3 |
| Accident year loss/LAE ratio | | | | | | 69.7 |

[1] Represents catastrophe losses incurred during the period, including the impact of reinsurance, as a percent of net premiums earned.

[2] Represents adjustments solely based on our normally scheduled actuarial reviews. For our Property business, the actuarial reserving methodology includes changes to catastrophe losses, while the reviews in our vehicle businesses do not include catastrophes.

**Monthly Commentary**

·    The Company has no additional commentary regarding August's results.

**Events**

We plan to release September results on Tuesday, October 15, 2024, before the market opens.

**About Progressive**

Progressive Insurance® makes it easy to understand, buy and use car insurance, home insurance, and other protection needs. Progressive offers choices so consumers can reach us however it's most convenient for them — online at progressive.com, by phone at 1-800-PROGRESSIVE, via the Progressive mobile app, or in-person with a local agent.

Progressive provides insurance for personal and commercial autos and trucks, motorcycles, boats, recreational vehicles, and homes; it is the second largest personal auto insurer in the country, a leading seller of commercial auto, motorcycle, and boat insurance, and one of the top 15 homeowners insurance carriers.

Founded in 1937, Progressive continues its long history of offering shopping tools and services that save customers time and money, like Name Your Price®, Snapshot®, and HomeQuote Explorer®.

The Common Shares of The Progressive Corporation, the Mayfield Village, Ohio-based holding company, trade publicly at NYSE: PGR.

**Regulation FD Disclosure Outlets**

The Company disseminates information to the public about the Company, its products, services and other matters through various outlets in order to achieve broad, non-exclusionary distribution of information to the public. These outlets include the Company's website (progressive.com) and its investor relations website (investors.progressive.com). We encourage investors and others to review the information the Company makes public through these outlets, as such information distributed through these outlets may be considered to be material information.

- 7 -

# PROGRESSIVE

**NEWS RELEASE**

The Progressive Corporation
6300 Wilson Mills Road
Mayfield Village, Ohio 44143
http://www.progressive.com

**Company Contact:**
Douglas S. Constantine
(440) 395-3707
investor_relations@progressive.com

## PROGRESSIVE REPORTS AUGUST RESULTS

MAYFIELD VILLAGE, OHIO -- September 13, 2024 -- The Progressive Corporation (NYSE:PGR) today reported the following results for the month ended August 31, 2024:

| (millions, except per share amounts and ratios; unaudited) | | August 2024 |
|---|---|---|
| Net premiums written | $ | 6,507.1 |
| Net premiums earned | $ | 5,967.9 |
| Net income | $ | 935.3 |
|    Per share available to common shareholders | $ | 1.59 |
| Total pretax net realized gains (losses) on securities | $ | 104.0 |
| Combined ratio – current year | | 85.5 |
|      – prior year month | | 97.2 |
| Average diluted equivalent common shares | | 587.6 |

In October 2023, we converted our monthly accounting closing calendar to align with the Gregorian calendar. We do not expect that this change will have a material impact on our reported quarterly and annual underwriting results but it may impact our year-over-year comparisons on monthly results from October 2023 through September 2024. Therefore, during this time period, we have modified and limited the content of the earnings release, compared to our historical reporting. See the Monthly Commentary at the end of the October 2023 release, issued November 17, 2023, for further discussion on the closing calendar conversion.

| | August 31, | | |
|---|---|---|---|
| (thousands; unaudited) | **2024** | **2023** | **% Change** |
| **Policies in Force** | | | |
| Personal Lines | | | |
|    Agency – auto | 9,278.2 | 8,377.0 | 11 |
|    Direct – auto | 13,131.7 | 11,150.8 | 18 |
|      Total personal auto | 22,409.9 | 19,527.8 | 15 |
|      Total special lines | 6,445.7 | 5,934.3 | 9 |
| Total Personal Lines | 28,855.6 | 25,462.1 | 13 |
| Total Commercial Lines | 1,126.3 | 1,105.6 | 2 |
| Total Property business | 3,429.7 | 3,007.2 | 14 |
| Companywide Total | 33,411.6 | 29,574.9 | 13 |

Progressive offers personal and commercial insurance throughout the United States. Our Personal Lines business writes insurance for personal autos and special lines products. Our Commercial Lines business writes auto-related liability and physical damage insurance, business-related general liability and property insurance predominantly for small businesses, and workers' compensation insurance primarily for the transportation industry. Our Property business writes residential property insurance for homeowners, other property owners, and renters.

# THE PROGRESSIVE CORPORATION AND SUBSIDIARIES
## COMPREHENSIVE INCOME STATEMENT
### For the month and year-to-date periods ended August 31, 2024
(millions)
(unaudited)

| | August 2024 | Year-to-Date 2024 | Comments on Monthly Results[1] |
|---|---|---|---|
| Net premiums written | $ 6,507.1 | $ 49,749.4 | |
| Revenues: | | | |
| Net premiums earned | $ 5,967.9 | $ 45,392.1 | |
| Investment income | 249.4 | 1,795.4 | |
| Net realized gains (losses) on securities: | | | |
|   Net realized gains (losses) on security sales | 16.1 | (349.6) | |
|   Net holding period gains (losses) on securities | 87.9 | 545.1 | |
| Total net realized gains (losses) on securities | 104.0 | 195.5 | |
| Fees and other revenues | 90.1 | 678.3 | |
| Service revenues | 40.3 | 269.1 | |
|   Total revenues | 6,451.7 | 48,330.4 | |
| Expenses: | | | |
| Losses and loss adjustment expenses | 3,864.7 | 31,528.4 | |
| Policy acquisition costs | 453.6 | 3,453.8 | |
| Other underwriting expenses | 874.9 | 5,859.5 | |
| Investment expenses | 2.6 | 18.3 | |
| Service expenses | 44.9 | 291.5 | |
| Interest expense | 23.3 | 185.8 | |
|   Total expenses | 5,264.0 | 41,337.3 | |
| Income before income taxes | 1,187.7 | 6,993.1 | |
| Provision for income taxes | 252.4 | 1,454.2 | |
| Net income | 935.3 | 5,538.9 | |
| Other comprehensive income (loss) | | | |
| Changes in: | | | |
|   Total net unrealized gains (losses) on fixed-maturity securities | 428.5 | 1,085.9 | |
|   Net unrealized losses on forecasted transactions | 0.1 | 0.3 | |
|   Foreign currency translation adjustment | 0.2 | (0.1) | |
| Other comprehensive income (loss) | 428.8 | 1,086.1 | |
| Total comprehensive income (loss) | $ 1,364.1 | $ 6,625.0 | |

[1] For a description of our financial reporting and accounting policies as it applies to information contained throughout this release, see Note 1 to our 2023 audited consolidated financial statements included in our 2023 Shareholders' Report, which can be found at www.progressive.com/annualreport.

**THE PROGRESSIVE CORPORATION AND SUBSIDIARIES**
**COMPUTATION OF NET INCOME AND COMPREHENSIVE INCOME PER SHARE**
**&**
**INVESTMENT RESULTS**
**For the month and year-to-date periods ended August 31,**
(millions – except per share amounts)
(unaudited)

| The following table sets forth the computation of per share results: | August 2024 | | Year-to-Date 2024 | |
|---|---|---|---|---|
| Net income | $ | 935.3 | $ | 5,538.9 |
| Less: Preferred share dividends and other[1] | | 0 | | 17.0 |
| Net income available to common shareholders | $ | 935.3 | $ | 5,521.9 |
| Per common share: | | | | |
| Basic | $ | 1.60 | $ | 9.43 |
| Diluted | $ | 1.59 | $ | 9.40 |
| Comprehensive income (loss) | $ | 1,364.1 | $ | 6,625.0 |
| Less: Preferred share dividends and other[1] | | 0 | | 17.0 |
| Comprehensive income (loss) attributable to common shareholders | $ | 1,364.1 | $ | 6,608.0 |
| Per common share: | | | | |
| Diluted | $ | 2.32 | $ | 11.24 |
| Average common shares outstanding - Basic | | 585.7 | | 585.5 |
| Net effect of dilutive stock-based compensation | | 1.9 | | 2.2 |
| Total average equivalent common shares - Diluted | | 587.6 | | 587.7 |

[1] Includes the underwriting discounts and commissions on issuance, initial issuance costs, and excise tax related to the preferred share redemption in February 2024.

| The following table sets forth the investment results for the period: | August 2024 | Year-to-Date | |
|---|---|---|---|
| | | 2024 | 2023 |
| Fully taxable equivalent (FTE) total return: | | | |
| Fixed-income securities | 1.1% | 4.1% | 2.2% |
| Common stocks | 2.3% | 18.0% | 18.9% |
| Total portfolio | 1.2% | 4.6% | 2.9% |
| Pretax annualized investment income book yield | 4.0% | 3.8% | 3.1% |

- 3 -

**THE PROGRESSIVE CORPORATION AND SUBSIDIARIES**
**SUPPLEMENTAL INFORMATION**
**For the month ended August 31, 2024**
($ in millions)
(unaudited)

| | August 2024 | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Personal Lines Business | | | Commercial Lines Business | Property Business | Companywide Total |
| | Agency | Direct | Total | | | |
| Net Premiums Written | $ 2,368.9 $ | 3,027.3 $ | 5,396.2 $ | 836.4 $ | 274.4 $ | 6,507.1 |
| Net Premiums Earned | $ 2,159.8 $ | 2,664.0 $ | 4,823.8 $ | 889.6 $ | 254.5 $ | 5,967.9 |
| **GAAP Ratios** | | | | | | |
| Loss/LAE ratio | 63.8 | 68.3 | 66.3 | 71.8 | 6.8 | 64.5 |
| Expense ratio | 19.0 | 22.4 | 20.8 | 19.1 | 29.2 | 21.0 |
| Combined ratio | 82.8 | 90.7 | 87.1 | 90.9 | 36.0 | 85.5 |
| Net catastrophe loss ratio[1] | | | 1.8 | 0.8 | (29.2) | 0.3 |
| **Actuarial Adjustments**[2] | | | | | | |
| Reserve Decrease/(Increase) | | | | | | |
| Prior accident years | | | | | $ | (52.5) |
| Current accident year | | | | | | 150.5 |
| Calendar year actuarial adjustment | $ 13.7 $ | (7.8) $ | 5.9 $ | (27.5) $ | 119.6 $ | 98.0 |
| **Prior Accident Years Development** | | | | | | |
| Favorable/(Unfavorable) | | | | | | |
| Actuarial adjustment | | | | | $ | (52.5) |
| All other development | | | | | | 72.6 |
| Total development | | | | | $ | 20.1 |
| Calendar year loss/LAE ratio | | | | | | 64.5 |
| Accident year loss/LAE ratio | | | | | | 64.8 |

[1] Represents catastrophe losses incurred during the period, including development on prior events and the impact of reinsurance, as a percent of net premiums earned. During the month, our Property business recognized favorable development of about $110 million, or 43 loss ratio points, on current year storms that occurred prior to August, with just over 60% relating to the May storms.

[2] Represents adjustments solely based on our normally scheduled actuarial reviews. For our Property business, the actuarial reserving methodology includes changes to catastrophe losses, while the reviews in our vehicle businesses do not include catastrophes.

**THE PROGRESSIVE CORPORATION AND SUBSIDIARIES**
**SUPPLEMENTAL INFORMATION**
**For the year-to-date period ended August 31, 2024**
($ in millions)
(unaudited)

| | Year-to-Date | | | | | |
|---|---|---|---|---|---|---|
| | **Personal Lines Business** | | | **Commercial Lines Business** | **Property Business** | **Companywide Total** |
| | **Agency** | **Direct** | **Total** | | | |
| Net Premiums Written | $ 17,845.0 $ | 21,979.2 $ | 39,824.2 $ | 7,820.9 $ | 2,103.8 $ | 49,749.4 |
| Net Premiums Earned | $ 16,425.3 $ | 19,981.0 $ | 36,406.3 $ | 7,021.6 $ | 1,963.7 $ | 45,392.1 |
| **GAAP Ratios** | | | | | | |
| Loss/LAE ratio | 66.9 | 69.3 | 68.2 | 70.9 | 82.3 | 69.3 |
| Expense ratio | 18.3 | 19.0 | 18.7 | 19.3 | 28.9 | 19.2 |
| Combined ratio | 85.2 | 88.3 | 86.9 | 90.2 | 111.2 | 88.5 |
| Net catastrophe loss ratio[1] | | | 3.0 | 0.8 | 32.6 | 3.9 |
| **Actuarial Adjustments[2]** | | | | | | |
| Reserve Decrease/(Increase) | | | | | | |
| Prior accident years | | | | | $ | (213.9) |
| Current accident year | | | | | | 244.7 |
| Calendar year actuarial adjustment | $ 5.1 $ | (26.1) $ | (21.0) $ | (159.1) $ | 210.9 $ | 30.8 |
| **Prior Accident Years Development** | | | | | | |
| Favorable/(Unfavorable) | | | | | | |
| Actuarial adjustment | | | | | $ | (213.9) |
| All other development | | | | | | 379.4 |
| Total development | | | | | $ | 165.5 |
| Calendar year loss/LAE ratio | | | | | | 69.3 |
| Accident year loss/LAE ratio | | | | | | 69.7 |

[1] Represents catastrophe losses incurred during the period, including the impact of reinsurance, as a percent of net premiums earned.

[2] Represents adjustments solely based on our normally scheduled actuarial reviews. For our Property business, the actuarial reserving methodology includes changes to catastrophe losses, while the reviews in our vehicle businesses do not include catastrophes.

- 5 -

**THE PROGRESSIVE CORPORATION AND SUBSIDIARIES**
**BALANCE SHEET AND OTHER INFORMATION**
(millions - except per share amounts and common shares repurchased)
(unaudited)

|  | | August 31, 2024 |
|---|---|---:|
| CONDENSED GAAP BALANCE SHEET: | | |
| Investments, at fair value: | | |
| Available-for-sale securities: | | |
| Fixed maturities[1] (amortized cost: $72,945.9) | $ | 72,280.4 |
| Short-term investments (amortized cost: $522.2) | | 522.2 |
| Total available-for-sale securities | | 72,802.6 |
| Equity securities: | | |
| Nonredeemable preferred stocks (cost: $794.4) | | 762.1 |
| Common equities (cost: $733.6) | | 3,434.8 |
| Total equity securities | | 4,196.9 |
| Total investments[2] | | 76,999.5 |
| Net premiums receivable | | 14,713.9 |
| Reinsurance recoverables (including $4,426.1 on unpaid loss and LAE reserves) | | 4,747.1 |
| Deferred acquisition costs | | 2,013.4 |
| Other assets[2] | | 3,949.3 |
| Total assets | $ | 102,423.2 |
| Unearned premiums | $ | 24,489.1 |
| Loss and loss adjustment expense reserves | | 36,986.3 |
| Other liabilities | | 7,867.9 |
| Debt | | 6,891.5 |
| Total liabilities | | 76,234.8 |
| Shareholders' equity | | 26,188.4 |
| Total liabilities and shareholders' equity | $ | 102,423.2 |
| Common shares outstanding | | 585.8 |
| Common shares repurchased - actual | | 2,116 |
| Average cost per common share | $ | 214.24 |
| Book value per common share | $ | 44.71 |
| Trailing 12-month return on average common shareholders' equity | | |
| Net income | | 37.9 % |
| Comprehensive income | | 48.1 % |
| Net unrealized pretax gains (losses) on fixed-maturity securities | $ | (660.0) |
| Increase (decrease) from July 2024 | $ | 542.5 |
| Increase (decrease) from December 2023 | $ | 1,374.6 |
| Debt-to-total capital ratio | | 20.8 % |
| Fixed-income portfolio duration | | 3.3 |
| Weighted average credit quality | | AA- |

[1] As of August 31, 2024, we held certain hybrid securities and recognized a change in fair value of $5.5 million as a realized loss during the period we held these securities.
[2] At August 31, 2024, we had $97.2 million of net unsettled security transactions classified in "other assets."

**Monthly Commentary**

· 　The Company has no additional commentary regarding August's results.

**Events**

We plan to release September results on Tuesday, October 15, 2024, before the market opens.

**About Progressive**

Progressive Insurance[x] makes it easy to understand, buy and use car insurance, home insurance, and other protection needs. Progressive offers choices so consumers can reach us however it's most convenient for them — online at progressive.com, by phone at 1-800-PROGRESSIVE, via the Progressive mobile app, or in-person with a local agent.

Progressive provides insurance for personal and commercial autos and trucks, motorcycles, boats, recreational vehicles, and homes; it is the second largest personal auto insurer in the country, a leading seller of commercial auto, motorcycle, and boat insurance, and one of the top 15 homeowners insurance carriers.

Founded in 1937, Progressive continues its long history of offering shopping tools and services that save customers time and money, like Name Your Price[x], Snapshot[x], and HomeQuote Explorer[x].

The Common Shares of The Progressive Corporation, the Mayfield Village, Ohio-based holding company, trade publicly at NYSE: PGR.

**Regulation FD Disclosure Outlets**

The Company disseminates information to the public about the Company, its products, services and other matters through various outlets in order to achieve broad, non-exclusionary distribution of information to the public. These outlets include the Company's website (progressive.com) and its investor relations website (investors.progressive.com). We encourage investors and others to review the information the Company makes public through these outlets, as such information distributed through these outlets may be considered to be material information.