**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF ARKANSAS**

**CENTRAL DIVISION**

**CASE NO.: 4:24-cv-01133-BSM**

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

FEB 0 7 2025

**TAMMY H. DOWNS, CLERK**
By:_____
**DEP CLERK**

**WESLEY SNODGRASS, PLAINTIFF**

**v.**

**PROGRESSIVE CORPORATION, DEFENDANT**

---

### RESPONSE TO DEFENDANT'S SUR-REPLY IN OPPOSITION

### IN SUPPORT OF DEFAULT JUDGMENT OR, ALTERNATIVELY, REMAND TO STATE COURT

---

COMES NOW the Plaintiff, Wesley Snodgrass, by and through pro se representation, and submits this Amended Response to Progressive Corporation's Sur-Reply, respectfully requesting that this Court either:

1. Enter a default judgment against Defendant Progressive Corporation under Rule 55 of the Federal Rules of Civil Procedure for failure to timely respond to service of process; or
2. Remand this case to the Circuit Court of Pulaski County, Arkansas, to allow for enforcement of default judgment in the proper forum.

### I. DEFAULT JUDGMENT IS WARRANTED UNDER RULE 55

The Defendant failed to timely respond to the summons and complaint despite valid service at their principal office and actual notice of the lawsuit. Under Rule 55 of the Federal Rules of Civil

**1 of 5**

Procedure, default judgment is appropriate when a party fails to defend itself within the prescribed timeframe.

Plaintiff served Progressive Corporation at 6300 Wilson Mills Road, Mayfield Village, OH, using U.S. Postal Service Certified Mail. Delivery was confirmed on November 2, 2024 via tracking number #9589071052701217718754. Furthermore, Bradley B. Compton, a Senior Claims Advocate for Progressive, acknowledged receipt of the summons and complaint in both email and telephone communications . This acknowledgment eliminates any question regarding actual notice.

## II. DEFENDANT'S ATTEMPT TO EVADE DEFAULT JUDGMENT IS LEGALLY UNSUPPORTED

Defendant's claim that no court has entered a default judgment against it is irrelevant to this case. Progressive Corporation's reliance on procedural technicalities to challenge service should not be allowed to defeat the fundamental purpose of Rule 55—preventing undue delay by unresponsive defendants.

In fact, Defendant's argument contradicts its own litigation history. Progressive Corporation and its subsidiaries have successfully obtained default judgments in Arkansas courts, demonstrating that they understand and benefit from these procedural rules. Examples include:

1. Progressive Insurance v. Breighauna Himschoot, Case No. 16JCV-22-312 (Craighead County Circuit Court), where Judge Pam Honeycutt entered a default judgment in favor of Progressive on December 30, 2022 .
2. Progressive Direct Insurance Co. v. Gary Smith, Case No. 14CV-23-238 (Columbia County Circuit Court), where Judge David Graham signed a default judgment for Progressive on March 25, 2024 .

These examples expose the hypocrisy of Defendant's position in this case. Progressive cannot credibly claim that default judgment is improper when they have relied on the very same procedure in their own litigation efforts.

## III. SERVICE WAS VALID UNDER BOTH STATE AND FEDERAL LAW

Defendant argues that service at 6300 Wilson Mills Road was defective because it allegedly did not comply with Rule 4. However, the facts clearly demonstrate that service was both procedurally sound and effective:

1. Public Recognition of Address:

The address used by Plaintiff is Progressive Corporation's publicly documented headquarters, verified by Arkansas Secretary of State filings, Securities and Exchange Commission (SEC) records, and other regulatory sources .

2.  **Actual Notice Achieved:**

Defendant's Senior Claims Advocate, Bradley B. Compton, acknowledged receipt of the summons and complaint, thereby meeting the requirement of actual notice under *Mullane v. Central Hanover Bank*, 339 U.S. 306 (1950). Courts have consistently held that technical defects in service do not invalidate service where the defendant is reasonably informed of the pending litigation.

## IV. DEFENDANT'S "IMPROPER DEFENDANT" ARGUMENT IS UNFOUNDED

Defendant argues that Progressive Direct Insurance Company, rather than Progressive Corporation, is the proper party. However, this argument fails for two reasons:

### A. *Parent-Subsidiary Relationship Supports Service on the Parent Corporation*

Progressive Corporation exercises significant control over its subsidiaries, including legal oversight and claims handling. Courts have held that service on a parent corporation is valid when the parent has direct involvement in the subsidiary's business operations (*Wm. Passalacqua Builders, Inc. v. Resnick Developers S., Inc.*, 933 F.2d 131 (2d Cir. 1991)).

### B. *Progressive's Legal Department Acknowledged the Lawsuit*

Progressive's legal department and claims representatives did not raise any immediate objections to being served at 6300 Wilson Mills Road. Their actions demonstrate that Progressive Corporation is the appropriate entity for service in this matter.

## V. REMOVAL TO FEDERAL COURT IS A DELAY TACTIC AND REMAND IS JUSTIFIED

If this Court declines to enter default judgment, Plaintiff respectfully requests remand to the Circuit Court of Pulaski County, Arkansas. Defendant's removal to federal court was a strategic maneuver intended to delay adjudication, rather than a legitimate assertion of diversity jurisdiction.

### A. State Courts Are Competent to Enforce Procedural Rules

The Arkansas courts are fully capable of enforcing procedural requirements and granting appropriate relief, including default judgment. Defendant's removal has unnecessarily prolonged this litigation and deprived Plaintiff of a timely resolution.

### B. Judicial Efficiency Supports Remand

Remanding the case would prevent further delay and conserve judicial resources by allowing the state court to proceed without further obstruction.

## VI. PROCEDURAL FAIRNESS REQUIRES CONSISTENT ENFORCEMENT

Allowing Progressive to escape default judgment despite actual notice and failure to timely respond would create an inequitable precedent. It would reinforce a perception that corporate defendants can manipulate procedural rules to their advantage, while pro se plaintiffs are held to strict compliance. This Court should not permit such disparate treatment under the law.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **Enter default judgment** against Defendant Progressive Corporation for failure to timely respond to the summons and complaint under Rule 55 of the Federal Rules of Civil Procedure; or, in the alternative,
2. **Remand** this case to the Circuit Court of Pulaski County, Arkansas, for further proceedings, including enforcement of default judgment; and
3. Grant any other relief deemed just and proper by this Court.

**Respectfully submitted,**

/s/ Wesley Snodgrass

Wesley Snodgrass, Pro Se Plaintiff

6013 Carnegie Drive

**N. Little Rock, AR 72117**

**501-681-6699**

**wesley.snodgrass@outlook.com**

**U.S. Postal Service™**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Cleveland, OH 44143

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0027 |
| $ | | 70 |

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)          $_____
☐ Return Receipt (electronic)        $0.00
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required           $_____
☐ Adult Signature Restricted Delivery $0.00

Postage
$          $10.45

Total Postage and Fees
$          $19.40

GMF WILSON STATION LITTLE ROCK
OCT 28 2024
72231-USPS
10/28/2024

Sent To  Progressive Corp
Street and Apt. No., or PO Box No.
6300 Wilson Mills Rd
City, State, ZIP+4®
Mayfield Village OH 44143

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

EXHIBITS FOR MOTION SUPPORT

**IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS**
**HON. PATRICIA ANN JAMES - 11TH DIVISION 6TH CIRCUIT**

WESLEY SNODGRASS V PROGRESSIVE CORPORATION

60CV-24-9305

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

PROGRESSIVE COPRPORATION
6300 WILSON MILLS RD
MAYFIELD VILLAGE, OH  44143

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

WESLEY SNODGRASS
P.O. BOX 242904
Little Rock, AR 72223

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge

Address of Clerks Office

TERRI HOLLINGSWORTH, CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

CLERK OF COURT

Ruth Elkins, DC

Date: 10/25/2024

**NOTICE OF RIGHT TO CONSENT**
**TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE**

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

Circuit Clerk

Date: 10/25/2024

# EXHIBITS FOR MOTION SUPPORT

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701217718754

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 3:04 pm on November 2, 2024 in CLEVELAND, OH 44143.

Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, PO Box**

CLEVELAND, OH 44143
November 2, 2024, 3:04 pm

**Redelivery Scheduled for Next Business Day**

CLEVELAND, OH 44143
November 2, 2024, 11:37 am

**Arrived at Post Office**

CLEVELAND, OH 44143
November 2, 2024, 8:30 am

**Available for Pickup**

CLEVELAND, OH 44143
November 2, 2024, 6:10 am

**In Transit to Next Facility**

November 1, 2024

**Arrived at USPS Regional Origin Facility**

# EXHIBITS FOR MOTION SUPPORT

LITTLE ROCK AR PACKAGE SORTING CENTER
October 29, 2024, 2:08 am

**Departed Post Office**
LITTLE ROCK, AR 72231
October 28, 2024, 6:47 pm

**USPS in possession of item**
LITTLE ROCK, AR 72231
October 28, 2024, 4:51 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? **(https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                      ⌄

USPS Tracking Plus®                                                       ⌄

Product Information                                                        ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 8-K

## CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported) September 13, 2024

# THE PROGRESSIVE CORPORATION
### (Exact name of registrant as specified in its charter)

| Ohio | 001-09518 | 34-0963169 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

6300 Wilson Mills Road,    Mayfield Village,    Ohio                                      44143
(Address of principal executive offices)                                                     (Zip Code)

Registrant's telephone number, including area code (440) 461-5000

Not Applicable
(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

### Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $1.00 Par Value | PGR | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 7.01 Regulation FD Disclosure.**

On September 13, 2024, The Progressive Corporation (the "Company") issued a news release containing financial results for the Company and its consolidated subsidiaries for the month and year-to-date periods ended August 31, 2024. A copy of the news release is attached hereto as Exhibit 99.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

See exhibit index on page 3.

SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:    September 13, 2024

THE PROGRESSIVE CORPORATION

By:    /s/ Mariann Wojtkun Marshall
Name:    Mariann Wojtkun Marshall
Title:    Vice President and Chief Accounting Officer

- 2 -

**THE PROGRESSIVE CORPORATION AND SUBSIDIARIES**
**COMPUTATION OF NET INCOME AND COMPREHENSIVE INCOME PER SHARE**
**&**
**INVESTMENT RESULTS**
**For the month and year-to-date periods ended August 31,**
(millions – except per share amounts)
(unaudited)

The following table sets forth the computation of per share results:

|  | August 2024 | Year-to-Date 2024 |
|---|---|---|
| Net income | $ 935.3 | $ 5,538.9 |
| Less: Preferred share dividends and other[1] | 0 | 17.0 |
| Net income available to common shareholders | $ 935.3 | $ 5,521.9 |
| Per common share: |  |  |
|   Basic | $ 1.60 | $ 9.43 |
|   Diluted | $ 1.59 | $ 9.40 |
| Comprehensive income (loss) | $ 1,364.1 | $ 6,625.0 |
| Less: Preferred share dividends and other[1] | 0 | 17.0 |
| Comprehensive income (loss) attributable to common shareholders | $ 1,364.1 | $ 6,608.0 |
| Per common share: |  |  |
|   Diluted | $ 2.32 | $ 11.24 |
| Average common shares outstanding - Basic | 585.7 | 585.5 |
| Net effect of dilutive stock-based compensation | 1.9 | 2.2 |
|   Total average equivalent common shares - Diluted | 587.6 | 587.7 |

[1] Includes the underwriting discounts and commissions on issuance, initial issuance costs, and excise tax related to the preferred share redemption in February 2024.

The following table sets forth the investment results for the period:

|  | August 2024 | Year-to-Date 2024 | Year-to-Date 2023 |
|---|---|---|---|
| Fully taxable equivalent (FTE) total return: |  |  |  |
|   Fixed-income securities | 1.1% | 4.1% | 2.2% |
|   Common stocks | 2.3% | 18.0% | 18.9% |
|     Total portfolio | 1.2% | 4.6% | 2.9% |
| Pretax annualized investment income book yield | 4.0% | 3.8% | 3.1% |

**Monthly Commentary**
- The Company has no additional commentary regarding August's results.

**Events**

We plan to release September results on Tuesday, October 15, 2024, before the market opens.

**About Progressive**

Progressive Insurance* makes it easy to understand, buy and use car insurance, home insurance, and other protection needs. Progressive offers choices so consumers can reach us however it's most convenient for them — online at progressive.com, by phone at 1-800-PROGRESSIVE, via the Progressive mobile app, or in-person with a local agent.

Progressive provides insurance for personal and commercial autos and trucks, motorcycles, boats, recreational vehicles, and homes; it is the second largest personal auto insurer in the country, a leading seller of commercial auto, motorcycle, and boat insurance, and one of the top 15 homeowners insurance carriers.

Founded in 1937, Progressive continues its long history of offering shopping tools and services that save customers time and money, like Name Your Price*, Snapshot*, and HomeQuote Explorer*.

The Common Shares of The Progressive Corporation, the Mayfield Village, Ohio-based holding company, trade publicly at NYSE: PGR.

**Regulation FD Disclosure Outlets**

The Company disseminates information to the public about the Company, its products, services and other matters through various outlets in order to achieve broad, non-exclusionary distribution of information to the public. These outlets include the Company's website (progressive.com) and its investor relations website (investors.progressive.com). We encourage investors and others to review the information the Company makes public through these outlets, as such information distributed through these outlets may be considered to be material information.

- 7 -

Case 4:24-cv-01133-BSM     Document 13     Filed 12/26/24     Page 88 of 115

# EXHIBITS FOR MOTION SUPPORT

**From:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Sent:** Wednesday, December 18, 2024 7:16:25 AM
**To:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Subject:** RE: Clarification and Response to Settlement Discussions – Case #23-3942849

Mr. Snodgrass,

I acknowledge receipt of your email and your text. I am your point of contact as it relates to this claim and Progressive. Please proceed as you see necessary as it relates to your Pro Se documentation. If you would like to attempt to resolve this litigation matter in a compromise prior to proceeding to the next steps of litigation I am available to do so.

Respectfully,

Brad Compton
Progressive Casualty Insurance
National Special Lines Complexity Team
300 N Commons BLVD NSC G23
Mayfield Village, OH 44143-9938
Phone: 440-566-7637
Fax: 877-213-7258
bcompto1@progressive.com
Hours of Availability: Monday through Friday 8:00am to 5:00pm EST


**From:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Sent:** Tuesday, December 17, 2024 10:22 PM
**To:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Subject:** [EXTERNAL] Re: Clarification and Response to Settlement Discussions – Case #23-3942849
**Importance:** High

Here's a more structured and professional version of your email:

## Subject: Request for Escalation to Legal Team – Case #23-3942849

### Dear Mr. Compton,

It has become evident that there is no intention to adhere to the principles or policies outlined in the policy contract issued by Progressive Corporation. The policy

# EXHIBITS FOR MOTION SUPPORT

**Subject:** RE: 23-3942849

Mr. Snodgrass,
This is not claims handling, this is litigation handling. Once a compromised resolution has been reached I will formalize it in writing.

Brad Compton
Progressive Casualty Insurance
National Special Lines Complexity Team
300 N Commons BLVD NSC G23
Mayfield Village, OH 44143-9938
Phone: 440-566-7637
Fax: 877-213-7258
bcompto1@progressive.com
Hours of Availability: Monday through Friday 8:00am to 5:00pm EST

**From:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Sent:** Monday, December 09, 2024 1:33 PM
**To:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Subject:** [EXTERNAL] Re: 23-3942849

You don't draft a formal offer to any claims? Everything is verbal?

**From:** Bradley B Compton <BRADLEY_B_COMPTON@progressive.com>
**Date:** Monday, December 9, 2024 at 12:32 PM
**To:** Wesley Snodgrass <wesley.snodgrass@outlook.com>
**Subject:** RE: 23-3942849

Mr. Snodgrass,
No I will not email or put it in a letter. I do not negotiate via email.

Respectfully

Brad Compton
Progressive Casualty Insurance
National Special Lines Complexity Team
300 N Commons BLVD NSC G23
Mayfield Village, OH 44143-9938
Phone: 440-566-7637
Fax: 877-213-7258
bcompto1@progressive.com
Hours of Availability: Monday through Friday 8:00am to 5:00pm EST

10 of 13

Case 4:24-cv-01133-BSM     Document 12     Filed 01/14/25     Page 17 of 61

or service of process contact the <u>Secretary of State's office.</u>

LC Member information is now confidential per Act 865 of 2007

or access to our corporations bulk data download service <u>click here.</u>

*Ark. Sec. of State*

orporation Name
ROGRESSIVE CASUALTY INSURANCE COMPANY

ictitious Names
-

iling #
00001607

iling Type
nsurance Company

iled Under Act
nsurance Company; Insurance Co

tatus
iood Standing

rincipal Address
300 WILSON MILLS ROAD, W33 CLEVELAND, OH 44143

g. Agent
-

gent Address
AR

ate Filed
1/01/1987

fficers
EE FILE, Incorporator/Organizer

oreign Name
I/A

oreign Address
-

tate of Origin



**Case Title:**       PROGRESSIVE INS ET AL V BREIGHAUNA HIMSCHOOT

**Case Number:**    16JCV-22-312

**Type:**             JUDGMENT-DEFAULT

So Ordered

*Pam Honeycutt*

_____

**Judge Pam Honeycutt**

Electronically signed by PBHONEYCUTT on 2022-12-30 09:45:19    page 4 of 4



**Case Title:**     PROGRESSIVE DIRECT INSURANCE CO V GARY SMITH

**Case Number:**    14CV-23-238

**Type:**           JUDGMENT-DEFAULT

So Ordered

Honorable David Graham

Electronically signed by DCGRAHAM on 2024-03-25    page 2 of 2

IN THE CIRCUIT COURT OF CRAIGHEAD COUNTY, ARKANSAS
WESTERN DIVISION

ELECTRONICALLY FILED
Craighead County Circuit Court in Jonesboro
Candrea Edwards, Craighead Circuit Clerk
2018-Nov-16  11:25:40
16JCV-18-1019
C02D02 : 2 Pages

PROGRESSIVE DIRECT INSURANCE COMPANY
                    Plaintiff,

        -vs-                              Case No.  16JCV-18-1019

JAMES WHITE
                    Defendant.

## MOTION FOR DEFAULT JUDGMENT

COMES NOW the Plaintiff, by and through its' attorney, and for its Motion for Default

Judgment against the Defendant states:

1.      Plaintiff filed the complaint against Defendant on or about 09/05/2018.

Plaintiff's complaint prays for damages in the amount of $10241.36, including amount claimed,

interest, attorney's fees and/or collection costs, if any, and costs.

2.      Defendant was served with the complaint on 09/18/2018.

3.      More than thirty days have passed since the service of Plaintiff's complaint, and Defendant has

failed to answer, appear or otherwise defend the complaint.

4.      Pursuant to Ark. R. Civ. P. 55, Plaintiff requests the Court enter a Default Judgment against

Defendant for the relief requested in Plaintiff's complaint.



* Q 3 0 0 8 1 6 F M X J 1 - *

WHEREFORE, Plaintiff prays that the Court enter Judgment against the Defendant in the following amounts:

Amount claimed: $8707.71;

Interest: Interest at the rate of 10% per annum from the date of Judgment until paid;

plus Attorney's Fees in the amount of $1306.15; and

All costs herein expended, including court costs and special process server fees.

FABER AND BRAND L.L.C.

BY

Bart S. Brand        AR #2005097
Joy N. Jackson       AR #2007278
Michael L. Foster    AR #2010232
James J. Bufinger    AR #2013025
P.O. Box 10110
Columbia, Missouri 65205-4000
(888) 233-3141
(573) 442-1072 FAX
FandBLegal@gmail.com
ATTORNEY FOR PLAINTIFF

## PROOF OF SERVICE

The undersigned certifies that on the __16__ day of __November__, 20__18__, a complete copy of the foregoing document was served by mailing by regular mail to Defendant(s) in this action, at the mailing address of JAMES WHITE, 1302 PRATT CIRCLE , JONESBORO, AR 72401.

**THIS IS A COMMUNICATION FROM A DEBT COLLECTOR
IN AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE.**