IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WESLEY SNODGRASS                                                         PLAINTIFF

V.                     CASE NO. 4:24-cv-01133-BSM

PROGRESSIVE CORPORATION                                  DEFENDANT

**REPLY TO RESPONSE TO REMAND TO STATE COURT**

      Comes the Defendant, Progressive Corporation (Progressive), by and through its attorneys, WDTC Law, P.A., and for its Reply to Response to Remand to State Court, herein states:

      1.      On February 7, 2025, the Court denied Plaintiff's Motion for Default Judgment and held in abeyance its ruling on Defendant's Motion to Dismiss (Dkt. 14).

      2.      On that same date, but after the aforementioned order, Plaintiff filed "Response to Defendant's Sur-Reply in Opposition in Support of Default Judgment or, Alternatively, Remand to State Court (Dkt. 15). To the extent the Court considers Plaintiff's Sur-Reply to properly request remand, Defendant wishes to respond and requests this Court treat this filing as same.

      3.      As an initial matter, Defendant adopts and incorporates its previous Sur-Reply as if the same were set forth word for word (Dkt. 13).

      4.      As argued in its previous Sur-Reply: "Removal of this action to federal

court is proper.  The parties are diverse.  The amount in controversy is greater than $75,000.  The time for removal had not elapsed when the case was removed."

5.  Additionally, any motion on the part of Plaintiff to remand, to the extent his filing serves as a motion, is untimely.  Federal law affords a plaintiff thirty (30) days from the date of removal to file a motion to remand.  28 U.S.C. § 1447.  Plaintiff's Sur-Reply falls outside that time period.

6.  Remand, if it is considered to be properly before the Court, should be denied.

>STACI DUMAS CARSON (2003158)
>WDTC LAW, P.A.
>2120 RIVERFRONT DRIVE, SUITE 275
>LITTLE ROCK, AR  72202-1436
>(501) 372-1406
>(501) 372-1209 FAX
>staci.carson@wdtc.law