IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WESLEY SNODGRASS**                                                                                    **PLAINTIFF**

**v.**                            **CASE NO. 4:24-CV-01133-BSM**

**PROGRESSIVE CORPORATION**                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of April, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE